UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joarez Reis, Plaintiff ) | |
| ) | Case No._____ |
| v. ) | |
| ) | MOTION TO DEFER PAYMENT |
| City of Hyannis, Massachusetts; ) | |
| County of Barnstable, Massachusetts; ) | 05-40022 |
| Police Department of the City of ) | |
| Hyannis, Massachusetts; Trooper ) | |
| Richard Casgrove, Massachusetts ) | |
| State Police Officer, in his ) | |
| individual and official capacity; ) | |
| Anonymous officers of the Police ) | |
| Department o fthe City of Hyannis, ) | |
| in their individual and official ) | |
| capacities, Defendants. ) | |

NOW COMES the Plaintiff Joarez Reis, filing this motion to defer payment of the 42 U.S.C. section 1983 filing fees.

In support of thsi motion, Plaintiff asserts that his income prevents him from paying the Court's filing fees while incarcerated due to the fact that he only earns $19 a month at his current work assignment. By not being able to afford to pay these payments, it adversely affects his incarceration and his ability to achieve pay grades that will enable him to pay future payments. I fully intend to pay the full fees, however, this motion is an attempt to defer thsoe payments until I am on supervised release, when I will have an opportunity to obtain meaningful employment.

For the foregoing reasons, Plaitiff hereby requests from this honorable court a definitive order to defer the payments of the above mentioned fees until he is placed on supervised release.

Respectfully submitted,

1/19/05
_____
Date

_____
Joarez Reis, Plaintiff Pro Se
Reg. No.: 56638-004
FMC Devens
P.OO.Box 879
Ayer, MA 01432