UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joarez Reis, Plaintiff | ) |
| | ) |
| v. | ) Case No.:_____ |
| | ) |
| City of Hyannis, Massachusetts; | ) MOTION FOR APPOINTMENT OF |
| County of Barnstable, Massachusetts; | ) COUNSEL.. |
| Police Department of the City of | ) |
| Hyannis, Massachusetts; Trooper | 05-40022 |
| Richard Casgrove, Massachusetts | |
| State Police Officer, in his | ) |
| individual and official capacity; | ) |
| Anonymous officers of the Police | ) |
| Department of the City of Hyannis, | ) |
| in their individual and official | ) |
| capacities, Defendants | ) |

   NOW COMES, the Plaintiff Joarez Reis, filing Pro Se, seeking from this honorable court appointment of counsel* to assist in Plaintiff's Civil Action under 42 U.S.C. Section 1983.

   Plaintiff hereby submitts that he is indigent* and that counsel will be necessary in the present action/proceeding to ensure his constitutional rights are protected in accords to the Amendments of the United States Constitution.

   WHEREFORE, for all the above reasons, Plaintiff Joarez Reis request of this honorable court the benefit of appointment of counsel and any further relief this court deem fair and appropriate.

Respectfully submitted,

Pg 1

1/19/05
/Date

_____
Joarez Reis, Plaintiff Pro Se
Reg. No. 56638-004
FMC Devens
P.O. Box 879
Ayer, MA 01432

---

\* See Title 18 U.S.C. Section 3006A
\* See Copy of Inmate declaration of indigency.

Pg 2