UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Civil Action No. 05-CV-40022-GAO

| | |
|---|---|
| Joarez Reis )<br>Plaintiff, )<br> )<br>v. )<br> )<br>City of Hyannis, County of Barnstable, )<br>Police Department of the City of Hyannis, )<br>Trooper Richard Casgrove and Anonymous )<br>Officers of the Police Department of the )<br>City of Hyannis, )<br>Defendants ) | |

## NOTICE OF APPEARANCE

NOW come Joseph G. Donnellan and the LAW OFFICES OF TIMOTHY M. BURKE and hereby give notice of their appearance in this matter on behalf of the defendant, Trooper Richard W. Cosgrove.

        Respectfully submitted,
        The defendant,
        Trooper Richard W. Cosgrove,
        By his attorneys,

        LAW OFFICES OF TIMOTHY M. BURKE

        _____
        Joseph G. Donnellan, Esquire
        BBO #558060
        160 Gould Street, Suite 111
        Needham, MA 02494
        (781) 455-070

March 18, 2005

## CERTIFICATE OF SERVICE

I, Joseph G. Donnellan, hereby certify that a copy of the foregoing NOTICE OF APPEARANCE was sent via first class mail, postage prepaid to the following:

Joarez Reis
Reg: 56638-004
FMC Devens/Camp
P. O. Box 879
Ayer, Massachusetts 01432

Jessica Mooney, Esq.
Donovan Hatem
2 Seaport Lane
Boston, MA 02210

Date: March 18, 2005

Joseph G. Donnellan, Esquire