UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-40022-GAO

| | |
|---|---|
| Joarez Reis<br>Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| City of Hyannis, County of Barnstable,<br>Police Department of the City of Hyannis,<br>Trooper Richard Casgrove and Anonymous<br>Officers of the Police Department of the<br>City of Hyannis,<br>Defendants | )<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT RICHARD W. COSGROVE'S MOTION TO DISMISS PURSUANT TO FED. RULE CIV. P. 12(b)(6) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED

### DEFENDANT REQUESTS A HEARING ON THIS MOTION

NOW comes the defendant, Richard W. Cosgrove, and moves this honorable court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss with prejudice and costs the above captioned complaint as it fails to state a claim upon which relief may be granted because the plaintiff failed to file the complaint within the applicable three year statute of limitations.

In support the defendant offers the attached memorandum of law.

Respectfully submitted,
The defendant,
Trooper Richard W. Cosgrove,
By his attorneys,

LAW OFFICES OF TIMOTHY M. BURKE

_____
Joseph G. Donnellan, Esquire
BBO #558060
160 Gould Street, Suite 111
Needham, MA 02494
(781) 455-0707

## CERTIFICATE OF SERVICE

I, Joseph G. Donnellan, hereby certify that a copy of the foregoing MOTION TO DISMISS, MEMORANDUM IN SUPPORT AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(2) was sent via first class mail, postage prepaid to the following:

Joarez Reis
Reg: 56638-004
FMC Devens/Camp
P. O. Box 879
Ayer, Massachusetts 01432

Jessica Mooney, Esq.
Donovan Hatem
2 Seaport Lane
Boston, MA 02210

Date: March 25, 2005

_____
Joseph G. Donnellan, Esquire

2