UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-40022-GAO

| | |
|---|---|
| Joarez Reis<br>Plaintiff,<br><br>v.<br><br>City of Hyannis, County of Barnstable,<br>Police Department of the City of Hyannis,<br>Trooper Richard Casgrove and Anonymous<br>Officers of the Police Department of the<br>City of Hyannis,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(2)

I, Joseph G. Donnellan, counsel for the defendant, Trooper Richard W. Cosgrove, hereby certify that I conferred with the plaintiff, by way of first class mail, postage pre-paid, in a good faith effort to narrow the issues presented through this motion prior to filing the attached Motion for to Dismiss.

Respectfully submitted,
The defendant,
Trooper Richard W. Cosgrove,
By his attorneys,

LAW OFFICES OF TIMOTHY M. BURKE

Joseph G. Donnellan, Esquire
BBO #558060
160 Gould Street, Suite 111
Needham, MA 02494
(781) 455-070