UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAREZ REIS,<br>          Plaintiff,<br>v.<br><br>CITY OF HYANNIS, MASSACHUSETTS,<br>COUNTY OF BARNSTABLE, MASSACHU-<br>SETTS, POLICE DEPARTMENT OF THE<br>CITY OF HYANNIS, MASSACHUSETTS,<br>TROOPER RICHARD CASGROVE,<br>MASSACHUSETTS STATE POLICE OFFICER,<br>In His Individual And Official Capacity, and<br>ANONYMOUS OFFICERS OF THE<br>POLICE DEPARTMENT OF THE CITY<br>OF HYANNIS, In Their Individual And Official<br>Capacities,<br>          Defendants. | DOCKET NO. 05-40022-GAO |

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS

Please enter the appearance of David M. Thomas, Jessica L. Mooney, and the law firm Donovan Hatem LLP as counsel for defendants City of Hyannis, Police Department of the City of Hyannis, and Anonymous Officers of the Police Department of the City of Hyannis (collectively "defendants").

                              Defendants,
                              CITY OF HYANNIS, POLICE DEPARTMENT
                              OF THE CITY OF HYANNIS, AND ANONYMOUS
                              OFFICERS OF THE HYANNIS POLICE
                              DEPARTMENT,
                              *et al.*,
                              By their attorneys,

                              /s/ Jessica L. Mooney
                              _____
                              David M. Thomas, BBO No. 496100
                              Jessica L. Mooney, BBO No. 658822
                              DONOVAN HATEM LLP
                              Two Seaport Lane
                              Boston, MA 02210
Dated: March 28, 2005.       617-406-4500

## Certificate of Service

The undersigned counsel for defendants hereby certifies that on this date the foregoing were served by first-class mail, postage prepaid, as follows:

>Joarez Reis
>Reg.: 56638-004
>FMC Devens/Camp
>P.O. Box 879
>Ayer, MA 01432

>Joseph Donnellan, Esq.
>160 Gould Street, Suite 111
>Needham, MA 02494

Dated: March 28, 2005.           /s/ Jessica L. Mooney
                                 Jessica L. Mooney

4800.350//00904751.