UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

Joarez Reis, Plaintiff                    )
                                          )
    v.                                    )
                                          )
City of Hyannis, County of Barnstable,    )   CIVIL ACTION No.:05-40022-GAO
Police Department of the City of Hyannis, )
Trooper Richard Cosgrove and Anonymous    )
Officers of the Police Department of the  )
City of Hyannis, Defendants               )

       PLAINTIFF'S NOTICE OF OPPOSITION TO DEFENDANT
       RICHARD W.COSGROVE'S MOTION TO DISMISS PURSUANT
       TO FED.RULE CIV.P.12(b)(6) FOR FAILURE TO STATE
       CLAIM UPON WHICH RELIEF MAY BE GRANTED

    NOW COMES the Plaintiff, Joarez Reis, and moves this honorable court pursuant to Fed.R.Civ.P.          to oppose defendant's motion to dismiss where plaintiff is proceeding pro se, and has requested permission to proceed in forma pauperis with expectation that the district court take steps to ensure that plaintiff is given no less procedure that if he were proceeding with counsel.

    In support, the plaintiff offers the attached memorandum of law.

                                                      Respectfully submitted,

3/25/05
Date
                                                      Joarez Reis, Plaintiff, Pro se
                                                      Reg: 56638-004
                                                      FMC Devens
                                                      P.O.Box 879
                                                      Ayer, MA 01432

# CERTIFICATE OF SERVICE

I, Joarez Reis, the plaintiff, pro se, hereby certify that a copy of the foregoing NOTICE TO OPPOSE MOTION TO DISMISS was sent first class mail, postage pre-paid to:

Joseph G. Donellan, Esq.
BBO #558060
160 Gould Street, Suite 111
Needham, MA 02494
(781)455-0707

_3/21/05_
Date

_____
Joarez Reis, Pro se.