Joarez Reis
B.O.P.-Reg# 50638-004
FMC Devens/Camp
P.O.Box 879
Ayer, MA 01432

March 29, 2005

UNITED STATES DISTRICT COURT
John J.Moakley Courthouse
Attn: Civil Clerk's Office
1 Courthouse Way
Boston, MA 02210

  Re: <u>Reis v. City of Hyannis, et al</u>
    <u>§1983 action -Case No:05-40022-GAO</u>
    <u>Change of address</u>

Dear Clerk of the Court,

  I am writing tho inform my change of address.

  I am an inmate at the Federal Medical Center at Devens and I have been designated to a CCC placement (halfway house) on <u>March 30, 2005.</u> Therefore, any mail in regard to the case above, please use the following address:

<u>Barnstable County- Work Release Center,</u>  600 Sheriff's Place, Bourne, MA 02532

  I also inform that address was provided to me by the Case Manager, Mrs. Perkinson, at the FMC at Devens, and that this address in question is subject to confirmation.

  Thank you very much for your consideration.

          sincerely yours,

          Joaréz Reis, Plaintiff, pro se