```
                                              Joarez Reis
                                              Reg.No.:56638-004
                                              F.M.C. Devens/Camp
                                              P.O.Box 879
                                              Ayer, MA 01432
```

March 28, 2005

United States District Court
John J.Moakley Federal courthouse
Civil Clerk's Office
1 Courthouse Way
Boston, MA 02210

      Re: <u>Reis v. City of Hyannis, et al.</u>
          §1983 action- Case No. 05-40022-GAO

Dear Clerk of the Court,

    The purpose of this letter is to respectfully request an updated copy of a "Civil Docket Report" of the case above captioned.

    The reason for such request is to make discovery in regards to Jessica Mooney, Esq. Donavan Hatem, at 2 Seaport Ln, Boston, MA 02210 who appear as a litigating party as shown in Defendant's Motion to Dismiss ( Richard Cosgrove), in which Certificate of Service was effected. ( Plz. see defendant's motion to dismiss, certificate of Service, filed by defendant's attorney, Joseph G.Donnellan, on March 25,2005).

    In addition, I would like to respectfully request that copy of Service of Summons be stamped and returned to me in order to effect formal service of summons to some defendants who did not accept the Waiver of Service of Summons. I also inform that such Service of Summons form was mailed to be stamped by the Clerk of the Court on 2/14/05.

    Thank you very much for your attention and cooperation.

                             Sincerely yours,

                            Joarez Reis, Plaintiff, Pro se.