TO:
UNITED STATES DISTRICT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

FROM:
JOAREZ REIS
REG. # 56638-004
BARNSTABLE COUNTY
WORK RELEASE CENTER
6000 SHERIFF'S PLACE
BOURNE, MA 02532

DATE: APRIL 9, 2005

RE: CIVIL ACTION § 1983
CASE NUMBER: 05-40022-GAO

DEAR CLERK OF THE COURT,

ON MARCH 22, 2005, I AUTHORIZED THE FEDERAL MEDICAL CENTER, AT DEVENS, TO ISSUE A MONEY ORDER IN THE AMOUNT OF $150. PAYABLE TO THE U.S. DISTRICT COURT, AT BOSTON, AS THE FILING FEE REQUIRED BY THE HONORABLE JUDGE O'TOOLE, IN ORDER TO ENTERTAIN MY MOTION FOR APPOINTMENT OF COUNSEL. I FURTHER INFORM THAT THE FILING FEE IN THE AMOUNT ABOVE WAS TAKEN OUT OF MY COMMISSARY ACCOUNT ON MARCH 22, 2005.

DUE TO THE FACT THAT I DID NOT SEE THE FILING FEE REGISTERED ON THE LATEST DOCKET REPORT RECEIVED DATED 4/4/2005, I RESPECTFULLY REQUEST THE OFFICE OF THE CLERK TO CONFIRM OR TO PROVIDE ME RECEIPT OF THE $150.

PLEASE, ACCEPT MY APOLOGIES FOR THE HANDWRITING OF THIS REQUEST DUE TO THE INABILITY OF ACCESS TO A COMPUTER OR TYPEWRITER. ALTHOUGH I HAVE BEEN DESIGNATED TO A "HALFWAY HOUSE" (CCC), THE WORK RELEASE CENTER OF BARNSTABLE COUNTY IS A MAXIMUM SECURITY FACILITY FROM MINIMUM TO ZERO ACCESS TO A LAW LIBRARY, OR ANY LEGAL RESEARCH.

Pg 1

I also inform that to this date, I have not received any answer or return of copy of waiver of service of summons from any defendant listed on my complaint, except for defendant Trooper Richard Cosgrove, represented by his attorney on file.

Before I left the FMC Devens on March 30, 2005, I notified the mail room of my transfer to Barnstable County and requested that any personal or legal mail to be forwarded to my current address.

Respectfully submitted,

Joarez Reis, Plaintiff, Pro Se

Pg 2