Joarez Reis
Reg 56638-004
Work Release Center
Barnstable County
6000 Sheriff's Pl
Bourne, MA 02532

April 25, 2005

United States District Court
John Joseph Moakley Fed. Courthouse
Civil Clerk's Office
1 Courthouse Way - Suite 2300
Boston, MA 02210

Re: Joarez Reis v. City of Hyannis, et al.
Civil Rights Action under 42 USA Section 1983
Case No. 05-40022-GAO

Dear Sir or Madam:

The purpose of this letter is to submit the attached documents for filing as my reply to Defendant's answer to complaint.

As I have previously stated, I have been placed at the Work Release Center of Barnstable County, which is a maximum security facility and it has been almost impossible to have access to a typewriter in order to address this Court, and meet the demands my civil case requires. After several requests made to the officials of this facility, a typewriter with NO correction ribbon was provided. (Please see one of my requests attached).

Due to the short time allowed to reply to these answers, which is 14 days under Rule 7.1(a) and 7 days under

Rule 7.1(B), I respectfully request that this Honorable Court accept my Reply to Defendant's Answer, as timely filed.

The copy of the Answer I received here at the Barnstable County, although dated April 14, 2005, it was handed to me on April 20, 2005.

Therefore, under this unusual and exceptional circumstances, and making an effort to comply with the Rules of the Court, please accept for filing the attached documents.

Please let the Honorable U.S. District Judge know that the handwriting and typing mistakes found in my Reply is for lack of both correction ribbon and typing ribbon (replacement). Unfortunately, this facility is not equipped with legal material or any sort of typing devices, despite my requests to have access to them.

Please accept my apologies for any inconvenience I may cause. I pray that the Honorable Judge O'Toole will understand my reasons for submitting the attached documents in inappropriate form, which is beyond my control.

Respectfully submitted,

[signature]

Joarez Reis, Plaintiff Pro se.

# Barnstable County Correctional Facility

## Inmate Request — LA DEMANDA DEL PRESO

Date: 4-8-05
La fetcha: _____

To: EDUCATION / LT. Rodriguez Maj. Lucas
A: _____

From: JOAREZ Reis
De: _____   ID#: 0649596-6277

Unit: 2   Room #: 2
La unidad: _____   El cuarto: _____

**Request:**
La demanda:
(Escrito en ingles) I NEED Access TO A TYPEWRITER. I have to address the U.S. District Court regarding a Pending Civil Action, As Soon As Possible.

Inmate's signature: La Firma de preso: _____
Received by: _____

## Staff Response — OFICIAL DE ESTADO MAYOR RESPONSE

Approved ☒ Aceptado    Denied ☐ Negaron
Comments or reasons for denial
Comentarios o razona para el rechazo: The facility is in the process of obtaining one (typewriter). Once we get one I will inform you.

Employee Name/Title: Lt Rodrigues   Date: 4-11-05