JOAREZ REIS
REG. 56638-004
WORK RELEASE CENTER
BARNSTABLE COUNTY
6000 SHERIFF'S PL
BOURNE, MA 02532

APRIL 29, 2005

UNITED STATES DISTRICT COURT
JOHN JOSEPH MOAKLEY FED. COURTHOUSE
CIVIL CLERK'S OFFICE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MA - 02210

    RE: JOAREZ REIS v. CITY OF HYANNIS, ET AL
        CIVIL ACTION UNDER 42 U.S.C. § 1983
        CASE N°: 05-40022-GAO

DEAR SIR/MADAM:

    PLEASE PROVIDE ME COPY OF CIVIL DOCKET REPORT FOR CASE 05-40022-GAO.

    I'M THE PLAINTIFF IN THE CASE ABOVE AND I WOULD LIKE TO BE UPDATED WITH RECENT REPORTS.

    THANK YOU VERY MUCH FOR YOUR COOPERATION.

        RESPECTFULLY SUBMITTED,

        JOAREZ REIS, PLAINTIFF, PRO SE