UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOAREZ REIS,
    Plaintiff,

v.

CITY OF HYANNIS, et al,
    Defendants

Civil Action under section 1983

Civil No.: 05-40022-GAO

## PLAINTIFF'S MEMORANDUM AND MOTION FOR DISCOVERY

    The Plaintiff, Joarez Reis, Pro se, submits this motion for Discovery and memorandum in connection with the civil action above pursuant to Rule 26(b)(1) of the Federal Rules of Civil Procedure.
    In support of this motion, the Plaintiff offers the following:

### I. INTRODUCTION

    The Plaintiff is under the Bureau of Prisonngs custody, at the Work Release Center of Barnstable County, in Bourne, Ma., which is a maximum security facility. The Plaintiff, although, entitled to a placement in a halfway house, as a normal procedure, was instead placed in a jail under maximum security, subject to daily strip search and a mandatory job at a mill store with the salary of $6.75 an hour minus the deduction of 25% to Barnstable County, despite the BOP's case manager recommending home confinement upon a job. HOWEVER, the Plaintiff informs that Barnstable County Jail has provided plaintiff with excellent attention and making themselves available to any need that a County jail would offer.

    Therefore, the Plaintiff is unable to make any discovery in regards to his pending civil action above, due to his incarceration, requesting that this honorable court intervene and direct the defendants or any proper entity to disclose any material which is relevant to the subject matter involved in the pending action.

### II. REQUESTED INFORMATION:

1) Copy of search warrant, which is the central part of Plaintiff's complaint, administered by Trooper Richard Cosgrove, a Massachusetts state police officer, at the Plaintiff's home office located at 16 Fresh Holes Road, Hyannis, Massachusetts, on June 06, 2001.

   Copy of such warrant may obtained at the Police Department of Barnstable, in Hyannis, Massachusetts, or at the Municipal Courthouse of Barnstable, in Barnstable, Massachusetts, or at the Regional State Police Department in Framingham, Massachusetts.

2) Identity of the anonymous police officers of the City of Hyannis, or Town of Barnstable, or Barnstable County, who joined the defendant Trooper Richard Cosgrove in executing the Search warrant at the Plaintiff's home office in Hyannis. Such information MAY be obtained from the Barnstable police Department in Hyannis, Massachusetts or at the same sources above cited on Item 1.

3) Any other information which should be relevant in litigating this civil action, at no cost to Plaintiff due to his indigent status, such as record of job performance of the defendant police officers, in regard to the administration of search warrants, which would be admissible at trial.

III-LEGAL STANDARD

   Pursuant to Rule 26(b)(1) of the Federal Rules of Civil Procedure, parties may obtain discovery of "any matter, not privileged, which is relevant to the subject matter involved in the pending action." Fed.R.Civ.P.26(b)(1). Discoverable material is not limited to that which would ber admissible at trial, but also includes any non-privileged information that "appears reasonably calculated to the lead to the discovery of admissible evidence.
   Rule 26 vests the District Courts with broad discretion to tailor discovery. See Crawford v. Elv.Britton 523 US 574,118 S.Ct.1584,1597, 140 LEd 2d 759 (1981).

IV,CONCLUSION

   For the foregoing reasons, the Plaintiff, Pro se, RESPECTFULLY

submits this motion and memorandum for consideration and prays that this Honorable court grant Plaintiff's request, providing the necessary information in order to effect reasonable position of his case in question.

RESPECTFULLY SUBMITTED,

5/9/05
Date

Joarez Reis, Plaintiff, Pro se
Reg. No: 56638-004
Work Release Center
Barnstable Center
6000 Sheriff's Pl
Bourne, MA 02532

Certificate of Service

The undersigned Plaintiff, proceeding pro se, hereby certifies that on this date the foregoing were served by first class mail, postage prepaid, as follows:

*     Joseph Donnellan, Esq.
      160 Gould Street, Suite 111
      Needham, MA 02494

*     David M. Thomas, Esq.
      Jessica L. Mooney, Esq.
      DONOVAN HATEM LLP
      Two Seaport Ln
      Boston, MA 02210

5/9/05
Date

Joarez Reis, Plaintiff, Pro se