# EXHIBIT "A"

1

1                UNITED STATES DISTRICT COURT FOR
                   THE DISTRICT OF MASSACHUSETTS
2

3
                                    )
4 UNITED STATES OF AMERICA,         )
                                    )
5          Plaintiff,               )
                                    )         Criminal Action
6                                   )         No. 03-10213-GAO
  vs.                               )
7                                   )
                                    )
8 JOAREZ REIS,                      )
                                    )
9          Defendant.               )
                                    )
10

11

12                   **STATUS CONFERENCE**

13

14     BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
                UNITED STATES DISTRICT JUDGE

15

16             United States District Court
              John J. Moakley U.S. Courthouse
17               1 Courthouse Way
             Boston, Massachusetts  02210
18               February 18, 2004
                     2:00 p.m.
19
                                              COPY
20
                    *  *  *  *  *  *
21

22
               SHELLY M. KILLIAN, CM
23              Official Court Reporter
            John J. Moakley U.S. Courthouse
24           1 Courthouse Way, Room 3510
                Boston, MA  02210
25                (617) 737-7117

```
 1 APPEARANCES:

 2 For the Plaintiff:

 3 Paul G. Levenson
   United States Attorney's Office
 4 John Joseph Moakley Federal Courthouse
   1 Courthouse Way, Suite 9200
 5 Boston, Massachusetts  02210

 6 For the Defendant:

 7 Nicholas A. Klinefeldt, Esq.
   Kelly, Libby & Hoopes, PC
 8 175 Federal Street
   Boston, Massachusetts  02110
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              P R O C E E D I N G S

 2              (The following proceedings were held in open court

 3    before the Honorable George A. O'Toole, Jr., United States

 4    District Judge, United States District Court, District of

 5    Massachusetts, at the John J. Moakley United States Courthouse,

 6    1 Courthouse Way, Boston, Massachusetts, on February 18, 2004.

 7    The defendant, Joarez Reis, is not present.)

 8              THE CLERK:  All rise.  Case of United States of

 9    America versus Joarez Reis, docket number 03-10213.  Would

10    counsel please identify yourselves for the record.

11              MR. LEVENSON:  Good afternoon, your Honor.  Paul

12    Levenson for the United States.

13              MR. KLINEFELDT:  Good afternoon, your Honor.  Nick

14    Klinefeldt for the defendant, Joarez Reis.

15              THE COURT:  I'm not sure I've seen this case

16    before, have I?

17              MR. LEVENSON:  I don't believe you have, or at

18    least we haven't had any hearings in this session.

19              THE COURT:  I did see it to the extent of noting

20    there was a motion for a pre-plea presentence report, but I

21    didn't want to just approve it without knowing something about

22    the case.  So tell me what the case is about and why it's

23    appropriate to deviate from the norm of having post-plea

24    presentence reports.

25              MR. LEVENSON:  The case includes multiple counts,
```

1    all of which derive from Mr. Reis' role as a tax and

2    immigration form preparer might be the best way to refer to

3    it.   Various witnesses have described his self-presentation

4    differently, ranging from in some instances saying he held

5    himself out as an attorney or as an immigration attorney or as

6    an attorney in Brazil.

7              In any case, what we have are lots of people,

8    almost all Brazilian speakers, Brazilians, mostly illegal

9    immigrants, non-English speakers, who went to Mr. Reis for

10   either or both of immigration or tax service.   And the charges

11   with respect to the immigration matters, what Mr. Reis did,

12   among other things, was to forge marriage certificates and

13   other documents relating to marital status in order to obtain

14   work permits for people by making it look as if they were

15   married to people who had pending asylum applications.   So you

16   had a long -- a big pile of forgeries about the marital status

17   of people.   The government also has serious questions about

18   whether the underlying asylum applications were also

19   fraudulent.   That's one side of the ledger.

20             The other side of the ledger, tax returns, people

21   who came for tax advice and had returns prepared.   Mr. Reis,

22   with their social security numbers in hand and knowing they

23   hadn't been in the country in previous years, proceeded to file

24   tax returns for prior years claiming only Schedule C income so

25   there would be no W-2 audit, and claiming low enough wages and

1    enough kids that there would be earned income credits.  The

2    earned income credits, refund checks as it were, get sent to

3    Mr. Reis' P.O. box and cashed.  So in each case we have a large

4    number of victims and/or witnesses, and then two main

5    institutional victims, both part of the government, the IRS and

6    the INS, as well as the state Department of Revenue.

7         What makes the case tricky -- there are a number of

8    factors that make the case tricky and that, I would suggest,

9    militate in favor of a pre-plea PSR.  The main one, I think,

10   and this is one defense counsel almost certainly can't speak to

11   since it would be confidence of their client, I offer instead

12   my outside speculation.  Mr. Reis is represented by appointed

13   counsel.  He was arrested and held after a detention hearing in

14   Florida after circumstances that suggested to us flight and an

15   attempt to hide from the authorities.  So he's in the position

16   that he has appointed counsel who has said, look, you know the

17   government has offered you a deal.  I can tell the Court having

18   dealt with Mr. Kelly both as a colleague and as an advocate,

19   his appointed counsel is one of the very best criminal defense

20   lawyers in town, but he doesn't necessarily know that or

21   necessarily feel comfortable with the terms of the deal

22   negotiated while he's held in custody and anxious to reach a

23   plea.

24        A further complicating factor is that part of the

25   investigation was conducted by the Massachusetts State Police.

 1    A state search warrant was executed which, in my judgment, is

 2    subject to challenge at least for overbreadth in execution.

 3    And I have taken the position with Mr. Kelly that as of right

 4    now, there's conduct I'm aware of and know I can prove.  The

 5    remainder may -- is likely suppressible and raises a number of

 6    trial issues but also could have an impact on sentencing.  I

 7    have not reviewed or allowed any members of the federal

 8    government team to review the materials that I think may be

 9    subject to suppression.  Mr. Kelly and Mr. Klinefeldt have had

10    that opportunity since their material is taken from the

11    defendant.

12           So we have issues that relate to what is the

13    relevant conduct, how thoroughly given the scope of the crimes,

14    where it's multiple individual claimants or filers on both the

15    INS and IRS sides, we have a situation where we've worked out a

16    plea agreement that Mr. Kelly and I both believe reflects a

17    fair and accurate assessment of the facts as we know it, but

18    there are gaps.  And gaps that ride in part on a legal issue

19    about potential suppression of evidence.

20           In that circumstance, Mr. Kelly is concerned not to

21    be in a situation where if the probation department were to

22    say, all right, the government has made its best estimate of

23    how many victims, how much tax loss, how many INS filings are

24    involved here, but we want to go over and depending on the

25    Court's direction, try and make sense of boxes of documents

1    that I truly don't know what's in them.  I believe one of the

2    concerns is to make sure that there's not a surprise waiting

3    for Mr. Reis, since obviously the Court's not bound by our plea

4    agreement.

5          So I realize that's a bit convoluted, but it's

6    precisely because it's convoluted that we think it's

7    appropriate in this case to have a probation officer, in

8    effect, get in and kick the tires good and hard and make sure

9    that the probation office is comfortable with the factual

10   assessments that have been made that are reflected in the plea

11   agreement.

12         THE COURT:  Attached to the motion for the pre-plea

13   presentence report is a copy of an executed plea agreement.

14         MR. LEVENSON:  Yes.

15         THE COURT:  Which sets forth in detail what the

16   parties would agree to recommend as to the application of the

17   guidelines.

18         MR. LEVENSON:  Absolutely.  It's just those don't

19   bind the Court.  The concern is if probation were to take a

20   radically different view, it could well inform Mr. Reis'

21   decision, since obviously we have no rights of specific

22   performance to force the plea, it could affect Mr. Reis'

23   ultimate decision in entering the plea.

24         MR. KLINEFELDT:  Your Honor, I think Mr. Levenson

25   accurately states it.  This is both factually a complex case,

```
 1   with 54 counts in the indictment alleging mail fraud, tax
 2   fraud, false statements involving immigration documents.  And
 3   more specifically, I think the point is, your Honor, that
 4   factually it's complex with the search warrant issue.  And I
 5   think the agreement we've reached is a strong and fair
 6   assessment of what is out there.  But, again, there's an
 7   element of the unknown that we just -- we don't know.
 8              THE COURT:  Okay.  Mr. Reis is in custody?
 9              MR. KLINEFELDT:  Yes.
10              MR. LEVENSON:  Yes, he is.
11              THE COURT:  Okay.  Well, I'll grant the motion and
12   ask the probation office to prepare a pre-plea presentence
13   report.  That will require us to postpone matters for some time
14   while they do that.
15              MR. LEVENSON:  I'm actually ready with the
16   government's prosecution version so that at least saves us a
17   week on the front end.  I can -- I can file that this afternoon
18   or tomorrow.  I don't know where that leaves us.
19              THE COURT:  It still puts us into May, I think.
20              MR. LEVENSON:  I think that's right.
21              THE COURT:  And if indeed it is as complex as you
22   say, it may be that the probation office will need every bit of
23   that time.
24              MR. LEVENSON:  He may.  I tried to spell out not
25   only the facts as we believe them to be but also the
```

1  assumptions and the methods that were used in trying to

2  identify all the false filings, the methods that were used to

3  identify false INS filings by working backwards through indices

4  of P.O. boxes and so forth, so that I hope it will help the

5  probation officer.  But I'm only guessing.

6           THE COURT:  Has the defendant seen that?

7           MR. LEVENSON:  No.  Until it's filed.

8           THE COURT:  I'm wondering from your perspective

9  whether you think they'll have a different view of at least

10 what objective evidence there is.

11          MR. LEVENSON:  I don't think as to the objective

12 evidence there will be any difference.  We have spent a great

13 deal of time actually going through file -- the files that are

14 charged in the indictment, and many of the relevant conduct

15 files are physically in my office.  And we have sat down

16 together and worked file by file showing the defense these are

17 the kinds of false statements we're finding in each file,

18 here's a summary of them, as well as individually.  And I

19 believe we've made those available for copying as well.

20          MR. KLINEFELDT:  Yes.  They've been made available

21 for copying.  We've sat down on at least two occasions to go

22 through that, just what documents there are, but I think to

23 some extent the methodology that was used in arriving at the

24 estimates.

25          THE COURT:  Okay.  Paul, suggest a date for

```
 1    sentencing -- well, not for sentencing, for Rule 11.  I'm
 2    sorry.  And it might be sentencing.  We might do it all at
 3    once.
 4              MR. LEVENSON:  I think it would make sense to --
 5              THE COURT:  We'll at least let him plead guilty
 6    before we sentence him.
 7              (Discussion off the record.)
 8              THE CLERK:  Something in May?
 9              THE COURT:  Mid to late May probably.  I assume
10    that time frame is acceptable under the circumstances?
11              MR. KLINEFELDT:  Yes, your Honor.
12              THE CLERK:  Tuesday, May 25th at 2:00.
13              MR. KLINEFELDT:  That's for both a Rule 11 and a
14    sentencing?
15              THE COURT:  I think so, unless something appears in
16    the meantime to make you think that's not what should happen.
17    So we'll plan on ordering the defendant to be here, having him
18    in.  If it turns, for some reason because you don't like what
19    you see, into something other than a rule 11 and you don't want
20    him here, you just want a conference, let us know.  We'll
21    cancel the habe.  Otherwise, we'll expect him.  Does he need an
22    interpreter?
23              MR. KLINEFELDT:  No, your Honor.
24              THE COURT:  Okay.
25              MR. LEVENSON:  Thank you, your Honor.
```

```
 1              MR. KLINEFELDT:  Thank you, your Honor.

 2              (Adjourned at 2:15 p.m.)

 3

 4                      - - - - - - -

 5                       CERTIFICATION

 6              I certify that the foregoing is a correct

 7    transcript of the record of proceedings in the above-entitled

 8    matter to the best of my skill and ability.

 9

10

11

12    _____       _____

13    Shelly M. Killian                    Date

14    Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25
```

EXHIBIT "A"

1

1                    UNITED STATES DISTRICT COURT FOR
                       THE DISTRICT OF MASSACHUSETTS
2

3
                                          )
4  UNITED STATES OF AMERICA,              )
                                          )
5           Plaintiff,                    )
                                          )       Criminal Action
6                                         )       No. 03-10213-GAO
   vs.                                    )
7                                         )
                                          )
8  JOAREZ REIS,                           )
                                          )
9           Defendant.                    )
                                          )
10

11

12                      **STATUS CONFERENCE**

13

14       BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
                   UNITED STATES DISTRICT JUDGE

15

16                   United States District Court
                  John J. Moakley U.S. Courthouse
17                      1 Courthouse Way
                  Boston, Massachusetts  02210
18                     February 18, 2004
                          2:00 p.m.
19

20                                              COPY

                         *  *  *  *  *  *
21

22
                     SHELLY M. KILLIAN, CM
23                   Official Court Reporter
                  John J. Moakley U.S. Courthouse
24                1 Courthouse Way, Room 3510
                     Boston, MA  02210
25                     (617) 737-7117

```
 1  APPEARANCES:

 2  For the Plaintiff:

 3  Paul G. Levenson
    United States Attorney's Office
 4  John Joseph Moakley Federal Courthouse
    1 Courthouse Way, Suite 9200
 5  Boston, Massachusetts  02210

 6  For the Defendant:

 7  Nicholas A. Klinefeldt, Esq.
    Kelly, Libby & Hoopes, PC
 8  175 Federal Street
    Boston, Massachusetts  02110
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1              P R O C E E D I N G S

2              (The following proceedings were held in open court

3    before the Honorable George A. O'Toole, Jr., United States

4    District Judge, United States District Court, District of

5    Massachusetts, at the John J. Moakley United States Courthouse,

6    1 Courthouse Way, Boston, Massachusetts, on February 18, 2004.

7    The defendant, Joarez Reis, is not present.)

8              THE CLERK:  All rise.  Case of United States of

9    America versus Joarez Reis, docket number 03-10213.  Would

10   counsel please identify yourselves for the record.

11             MR. LEVENSON:  Good afternoon, your Honor.  Paul

12   Levenson for the United States.

13             MR. KLINEFELDT:  Good afternoon, your Honor.  Nick

14   Klinefeldt for the defendant, Joarez Reis.

15             THE COURT:  I'm not sure I've seen this case

16   before, have I?

17             MR. LEVENSON:  I don't believe you have, or at

18   least we haven't had any hearings in this session.

19             THE COURT:  I did see it to the extent of noting

20   there was a motion for a pre-plea presentence report, but I

21   didn't want to just approve it without knowing something about

22   the case.  So tell me what the case is about and why it's

23   appropriate to deviate from the norm of having post-plea

24   presentence reports.

25             MR. LEVENSON:  The case includes multiple counts,
```

1    all of which derive from Mr. Reis' role as a tax and

2    immigration form preparer might be the best way to refer to

3    it.   Various witnesses have described his self-presentation

4    differently, ranging from in some instances saying he held

5    himself out as an attorney or as an immigration attorney or as

6    an attorney in Brazil.

7           In any case, what we have are lots of people,

8    almost all Brazilian speakers, Brazilians, mostly illegal

9    immigrants, non-English speakers, who went to Mr. Reis for

10   either or both of immigration or tax service.   And the charges

11   with respect to the immigration matters, what Mr. Reis did,

12   among other things, was to forge marriage certificates and

13   other documents relating to marital status in order to obtain

14   work permits for people by making it look as if they were

15   married to people who had pending asylum applications.   So you

16   had a long -- a big pile of forgeries about the marital status

17   of people.   The government also has serious questions about

18   whether the underlying asylum applications were also

19   fraudulent.   That's one side of the ledger.

20          The other side of the ledger, tax returns, people

21   who came for tax advice and had returns prepared.   Mr. Reis,

22   with their social security numbers in hand and knowing they

23   hadn't been in the country in previous years, proceeded to file

24   tax returns for prior years claiming only Schedule C income so

25   there would be no W-2 audit, and claiming low enough wages and

1　enough kids that there would be earned income credits.  The

2　earned income credits, refund checks as it were, get sent to

3　Mr. Reis' P.O. box and cashed.  So in each case we have a large

4　number of victims and/or witnesses, and then two main

5　institutional victims, both part of the government, the IRS and

6　the INS, as well as the state Department of Revenue.

7　　　　　　What makes the case tricky -- there are a number of

8　factors that make the case tricky and that, I would suggest,

9　militate in favor of a pre-plea PSR.  The main one, I think,

10　and this is one defense counsel almost certainly can't speak to

11　since it would be confidence of their client, I offer instead

12　my outside speculation.  Mr. Reis is represented by appointed

13　counsel.  He was arrested and held after a detention hearing in

14　Florida after circumstances that suggested to us flight and an

15　attempt to hide from the authorities.  So he's in the position

16　that he has appointed counsel who has said, look, you know the

17　government has offered you a deal.  I can tell the Court having

18　dealt with Mr. Kelly both as a colleague and as an advocate,

19　his appointed counsel is one of the very best criminal defense

20　lawyers in town, but he doesn't necessarily know that or

21　necessarily feel comfortable with the terms of the deal

22　negotiated while he's held in custody and anxious to reach a

23　plea.

24　　　　　　A further complicating factor is that part of the

25　investigation was conducted by the Massachusetts State Police.

1    A state search warrant was executed which, in my judgment, is

2    subject to challenge at least for overbreadth in execution.

3    And I have taken the position with Mr. Kelly that as of right

4    now, there's conduct I'm aware of and know I can prove.  The

5    remainder may -- is likely suppressible and raises a number of

6    trial issues but also could have an impact on sentencing.  I

7    have not reviewed or allowed any members of the federal

8    government team to review the materials that I think may be

9    subject to suppression.  Mr. Kelly and Mr. Klinefeldt have had

10   that opportunity since their material is taken from the

11   defendant.

12        So we have issues that relate to what is the

13   relevant conduct, how thoroughly given the scope of the crimes,

14   where it's multiple individual claimants or filers on both the

15   INS and IRS sides, we have a situation where we've worked out a

16   plea agreement that Mr. Kelly and I both believe reflects a

17   fair and accurate assessment of the facts as we know it, but

18   there are gaps.  And gaps that ride in part on a legal issue

19   about potential suppression of evidence.

20        In that circumstance, Mr. Kelly is concerned not to

21   be in a situation where if the probation department were to

22   say, all right, the government has made its best estimate of

23   how many victims, how much tax loss, how many INS filings are

24   involved here, but we want to go over and depending on the

25   Court's direction, try and make sense of boxes of documents

1    that I truly don't know what's in them.  I believe one of the

2    concerns is to make sure that there's not a surprise waiting

3    for Mr. Reis, since obviously the Court's not bound by our plea

4    agreement.

5           So I realize that's a bit convoluted, but it's

6    precisely because it's convoluted that we think it's

7    appropriate in this case to have a probation officer, in

8    effect, get in and kick the tires good and hard and make sure

9    that the probation office is comfortable with the factual

10   assessments that have been made that are reflected in the plea

11   agreement.

12          THE COURT:  Attached to the motion for the pre-plea

13   presentence report is a copy of an executed plea agreement.

14          MR. LEVENSON:  Yes.

15          THE COURT:  Which sets forth in detail what the

16   parties would agree to recommend as to the application of the

17   guidelines.

18          MR. LEVENSON:  Absolutely.  It's just those don't

19   bind the Court.  The concern is if probation were to take a

20   radically different view, it could well inform Mr. Reis'

21   decision, since obviously we have no rights of specific

22   performance to force the plea, it could affect Mr. Reis'

23   ultimate decision in entering the plea.

24          MR. KLINEFELDT:  Your Honor, I think Mr. Levenson

25   accurately states it.  This is both factually a complex case,

```
 1   with 54 counts in the indictment alleging mail fraud, tax
 2   fraud, false statements involving immigration documents.  And
 3   more specifically, I think the point is, your Honor, that
 4   factually it's complex with the search warrant issue.  And I
 5   think the agreement we've reached is a strong and fair
 6   assessment of what is out there.  But, again, there's an
 7   element of the unknown that we just -- we don't know.
 8              THE COURT:  Okay.  Mr. Reis is in custody?
 9              MR. KLINEFELDT:  Yes.
10              MR. LEVENSON:  Yes, he is.
11              THE COURT:  Okay.  Well, I'll grant the motion and
12   ask the probation office to prepare a pre-plea presentence
13   report.  That will require us to postpone matters for some time
14   while they do that.
15              MR. LEVENSON:  I'm actually ready with the
16   government's prosecution version so that at least saves us a
17   week on the front end.  I can -- I can file that this afternoon
18   or tomorrow.  I don't know where that leaves us.
19              THE COURT:  It still puts us into May, I think.
20              MR. LEVENSON:  I think that's right.
21              THE COURT:  And if indeed it is as complex as you
22   say, it may be that the probation office will need every bit of
23   that time.
24              MR. LEVENSON:  He may.  I tried to spell out not
25   only the facts as we believe them to be but also the
```

1    assumptions and the methods that were used in trying to

2    identify all the false filings, the methods that were used to

3    identify false INS filings by working backwards through indices

4    of P.O. boxes and so forth, so that I hope it will help the

5    probation officer.  But I'm only guessing.

6              THE COURT:  Has the defendant seen that?

7              MR. LEVENSON:  No.  Until it's filed.

8              THE COURT:  I'm wondering from your perspective

9    whether you think they'll have a different view of at least

10   what objective evidence there is.

11             MR. LEVENSON:  I don't think as to the objective

12   evidence there will be any difference.  We have spent a great

13   deal of time actually going through file -- the files that are

14   charged in the indictment, and many of the relevant conduct

15   files are physically in my office.  And we have sat down

16   together and worked file by file showing the defense these are

17   the kinds of false statements we're finding in each file,

18   here's a summary of them, as well as individually.  And I

19   believe we've made those available for copying as well.

20             MR. KLINEFELDT:  Yes.  They've been made available

21   for copying.  We've sat down on at least two occasions to go

22   through that, just what documents there are, but I think to

23   some extent the methodology that was used in arriving at the

24   estimates.

25             THE COURT:  Okay.  Paul, suggest a date for

```
 1    sentencing -- well, not for sentencing, for Rule 11.  I'm
 2    sorry.  And it might be sentencing.  We might do it all at
 3    once.
 4              MR. LEVENSON:  I think it would make sense to --
 5              THE COURT:  We'll at least let him plead guilty
 6    before we sentence him.
 7              (Discussion off the record.)
 8              THE CLERK:  Something in May?
 9              THE COURT:  Mid to late May probably.  I assume
10    that time frame is acceptable under the circumstances?
11              MR. KLINEFELDT:  Yes, your Honor.
12              THE CLERK:  Tuesday, May 25th at 2:00.
13              MR. KLINEFELDT:  That's for both a Rule 11 and a
14    sentencing?
15              THE COURT:  I think so, unless something appears in
16    the meantime to make you think that's not what should happen.
17    So we'll plan on ordering the defendant to be here, having him
18    in.  If it turns, for some reason because you don't like what
19    you see, into something other than a rule 11 and you don't want
20    him here, you just want a conference, let us know.  We'll
21    cancel the habe.  Otherwise, we'll expect him.  Does he need an
22    interpreter?
23              MR. KLINEFELDT:  No, your Honor.
24              THE COURT:  Okay.
25              MR. LEVENSON:  Thank you, your Honor.
```

1        MR. KLINEFELDT:  Thank you, your Honor.

2        (Adjourned at 2:15 p.m.)

3

4                    - - - - - - -

5                    CERTIFICATION

6        I certify that the foregoing is a correct

7   transcript of the record of proceedings in the above-entitled

8   matter to the best of my skill and ability.

9

10

11

12   _Shelly M. Killian_          _10/20/04_

13   Shelly M. Killian              Date

14   Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25