Joarez Reis, Plaintiff<br>
20 Glen Road<br>
Hyannis, MA 02601<br>
Tel.:(508)771-6079

June 6, 2005

United States District Court
John J.Moakley Fed.Courthouse
Civil Clerk's office
1 Courthouse Way, Suite 2300
Boston, MA 02210

     Re: 05-cv-40022-GAO
     <u>Change of address</u>

Dear Sir or Madam:

     Please take notice of my new address above. Please forward all mail regarding the case above to this new address, starting immediately.

     Thank you very much for your attention.

                             Sincerely yours,

                             Joarez Reis, Plaintiff, pro se
                             20 Glen Road
                             Hyannis, MA 02601
                             Tel: 508 771 6079

CC: Joseph Donnellan, Esq.