Joarez Reis, Plaintiff, Pro se
20 Glen Road
Hyannis, MA 02601

June 6, 2005

United States District Court
John J. Moakley Fed. Courthouse
Civil Clerk's Office
1 Courthouse Way, Suite 2300
Boston, MA 02210

    Re: 05-cv-40022-GAO

Dear Sir or Madam,

    Please provide me copy of Docket Report in regard to case above captioned.

    Thank you very much for your consideration to this matter.

Respectfully yours,

Joarez Reis, Plaintiff, pro se
20 Glen Road
Hyannis, MA 02601