UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joarez Reis, )<br> Plaintiff, )<br> )<br>v. )<br> )<br>City of Hyannis, Massachusetts, County of )<br>Barnstable, Massachusetts, Police )<br>Department of The City of Hyannis, )<br>Massachusetts Trooper Richard Casgrove, )<br>Massachusetts State Police Officer, in his )<br>individual and official capacity, Anonymous )<br>Officers of the Police Department of the City)<br>of Hyannis, in their individual and Official )<br>capacities, )<br> Defendants. )<br> ) | Civil Action No. 05CV40022-GAO |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff, Joarez Reis, and the defendants, Town of Barnstable (misnamed as City of

Hyannis), County of Barnstable, Barnstable Police Department (misnamed as Police Department

of the City of Hyannis) and Anonymous Officers of the Barnstable Police Department in their

individual and official capacities (misnamed as Anonymous Officers of the Police Department of

the City of Hyannis) hereby stipulate pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii) that this action

is hereby dismissed, with prejudice, without costs, and with all rights of appeal being hereby

waived.

Plaintiff,
Joarez Reis,

_____
Joarez Reis



Dated:     6/2/05

00921587/4800.350

Defendants,
City of Hyannis (misnamed), County
of Barnstable, Police Department of
the City of Hyannis (misnamed),
Anonymous Officers of the Police
Department of the City of Hyannis,
By their attorneys,

_____
David M. Thomas, BBO No. 496100
Jessica L. Mooney, BBO No. 658822
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
617-406-4500

## CERTIFICATE OF SERVICE

I, Jessica L. Mooney, hereby certify that I have this day served a copy of the foregoing on plaintiff and on counsel of record by mailing a copy by first-class mail, postage prepaid, to:

Joarez Reis, *pro se*
20 Glen Road
Hyannis, MA  02601

Joseph Donnelan, Esq.
160 Gould Street, Suite 111
Needham, MA  02494

Dated:  June 9, 2005.

Jessica L. Mooney

4800.350//00924179.