JOAREZ REIS, PRO SE,
20 GLEN ROAD
HYANNIS, MA 02601

JUNE 19, 2005

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

    RE: 05-CV-40022-GAO
    -------------------------------

DEAR SIR OR MADAM:

    ON JUNE 07, 2005, I REQUESTED A COPY OF THE DOCKET REPORT REGARDING THE CIVIL CASE ABOVE IN REFERENCE BECAUSE I WAS AN INMATE AT THE BARNSTABLE COUNTY, AND ON JUNE 9, 2005 I RECEIVED A LETTER DENYING MY REQUEST FOR A FREE COPY OF THE CIVIL ACTION ABOVE, WHICH I AM THE PLAINTIFF PROCEEDING PRO SE.

    ITS MY BELIEF THAT THE COPY OF DOCUMENTS ABOVE REQUESTED TOTAL THREE OR FOUR PAGES. IF THIS HONORABLE COURT MUST CHARGE ME FOR THE COPIES REQUESTED, PLEASE PROVIDE ME THE AMOUNT OWED, AND I WILL SEND YOU A MONEY ORDER.

    I HAVE BEEN PLACED IN HOME CONFINEMENT AND IT SHOULD LAST UNTIL AUGUST 26, 2005, AND I AM STILL OUT OF JOB. PLEASE, SEND ME COPY OF THE DOCKET REPORT OF MY CASE, AND I WILL IMMEDIATELY MAIL YOU THE PROPER FEE AMOUNT.

    I AM STRUGGLING TO KEEP UP WITH A VERY SERIOUS MATTER WHERE I HAVE FILED A MOTION FOR APPOINTMENT OF COUNSEL ON 1/19/05 AND YET THE HONORABLE JUDGE GEORGE O'TOOLE HAS NOT RULED. PLEASE, DO NOT DEPRIVE ME FROM KNOWING WHERE I STAND IN THIS CIVIL ACTION.

                                     RESPECTFULLY SUBMITTED,

                                     JOAREZ REIS