UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40022-GAO

JOAREZ REIS,
Plaintiff,

v.

CITY OF HYANNIS, COUNTY OF BARNSTABLE,
POLICE DEPARTMENT OF THE CITY OF HYANNIS,
TROOPER RICHARD CASGROVE, in his individual and
official capacity, ANONYMOUS OFFICERS OF THE
POLICE DEPARTMENT OF THE CITY OF HYANNIS,
in their individual and official capacities,
Defendants.

**ORDER**
July 14, 2005

O'TOOLE, D.J.

In this action, the plaintiff Joarez Reis claims that Massachusetts State Trooper Richard Cosgrove[1] is liable under 42 U.S.C. § 1983 for violating Reis's Fourth Amendment right to be free from unreasonable searches and seizures in connection with the execution of a search warrant at Reis's residence on June 6, 2001. Reis alleges that Trooper Cosgrove searched areas and seized items that were not authorized by the warrant.

It is apparent from the plaintiff's own pleading that Reis knew of the injury that serves as the basis for this lawsuit at the time the events occurred. During the execution of the warrant, he complained to Trooper Cosgrove that the search and seizure exceeded the scope of the warrant. Compl. ¶¶ 12-16. Despite his awareness of both his injury and the availability of a legal claim to

---

[1] The complaint erroneously refers to the defendant as Richard Casgrove.

redress such injury, he did not commence this action until January 21, 2005 – more than three years later. Consequently, this action is barred by the three year statute of limitations applicable to § 1983 claims. Nieves v. McSweeney, 241 F.3d 46, 52-53 (1st Cir. 2001); Street v. Vose, 936 F.2d 38, 39-40 (1st Cir. 1991); Mass. Gen. Laws ch. 260, § 2A.

The motion to dismiss of the defendant Trooper Richard Cosgrove (Dkt. No. 7) is GRANTED.

It is SO ORDERED.


July 14, 2005                                                     \s\ George A. O'Toole, Jr.
DATE                                                              DISTRICT JUDGE