UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOAREZ REIS
               Plaintiff(s)

v.                                    CIVIL ACTION NO. 05-40022-GAO

TROOPER RICHARD CASGROVE
               Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the court's ORDER, dated July 14, 2005, the motion to dismiss of the defendant Trooper Richard Cosgrove ( Dkt No. 7) is GRANTED.

A Stipulation of Dismissal was filed on 6/10/05 dismissing the other named defendants.

                                              SARAH A. THORNTON,
                                              CLERK OF COURT

Dated: 7/18/05                        By   PAUL S. LYNESS
                                                         Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)