Joarez O. Reis
20 Glen Road
Hyannis, MA 02601

2005 JUL 26 P 1:09

July 21, 2005

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

United States Court of Appeals
Attn: Office of the Clerk
John Joseph Moakley U.S. Courthouse
1 Courthouse Way- Suite 2500
Boston, Massachusetts 02210

      Re: Joarez Reis v. City of Hyannis, et al
      Civil Action No. 05-40022-GAO

Dear Sir or Madam:

    On July 14, 2005 the District Judge Honorable George A. O'Toole, Jr, entered a decision of dismissal of the civil action above mentioned. (please see copy attached).

    I am the plaintiff in this matter and proceeding *pro se* and I will appeal the decision of dismissal on Grounds of abuse of discretion where the District Judge failed to consider supporting facts of law showing that exceptional circumstances prevented me from filing a timely claim. Federal tolling doctrine may Be applicable to determine whether may claim is timely. )*Please see Lake v. Arnold 232 F3d 360 (3rd Cir 2000 ), and Oschiver v. Levin, Fishbein, Sedran & Bernan 38 F3d 1380,1287 (3rd Cir 1994), Heck v. Humphrey, 997 F2d 355, 357-58 (7th Cir 1993).*

    **Please consider this letter as a NOTICE OF APPEAL or in the alternative send me the proper form of Notice of Appeal and the appeal's fee amount.** I further inform the court that I have been placed in home confinement until August 26, 2005 which precludes me from personally obtaining the above Form of Notice of Appeal.

    Thank you very much for your consideration to this matter.

               Sincerely,

               Joarez O. Reis
               Tel: 508 771 6079 (leave message)
                    508 778 2776 (after 5:00 pm)

OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RICHARD CUSHING DONOVAN
CLERK

One Courthouse Way
Suite 2500
Boston, MA 02210
617-748-9057

July 27, 2005

Sarah A. Thornton, Clerk
United States District Court
 for the District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Case No. 05-cv-40022-GAO   Joarez Reis  v. City of Hyannis, et al.

Dear Ms. Thornton:

    Enclosed please find a notice of appeal that was mistakenly filed in the United States Court of Appeals for the First Circuit on July 26, 2005.

    In accordance with Fed.R.App.P. 4, the notice of appeal is transmitted herewith.  Please use the date of **July 26, 2005,** as the date of docketing this notice of appeal in your court. If this notice has also been received in your court, please do not duplicate.

Sincerely,

By: _____
Appellate Liaison

DB/file


cc:   Joarez O. Reis
      20 Glen Road
      Hyannis, MA  02601