UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-40022

Joarez Reis

v.

Trooper Richard Casgrove

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/26/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 7, 2005.

Sarah A. Thornton, Clerk of Court

By: *Jeanette Ramos*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9/7/05.

*Barchard*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Worcester)
## CIVIL DOCKET FOR CASE #: 4:05-cv-40022-GAO

Reis v. City of Hyannis, Massachusetts et al
Assigned to: Judge George A. O'Toole, Jr
Demand: $1000000
Cause: 42:1983 Civil Rights Act

Date Filed: 01/21/2005
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Petitioner**

**Joarez Reis**          represented by **Joarez Reis**
                         20 Glen Road
                         Hyannis, MA 02601
                         508-771-6079
                         PRO SE

V.

**Defendant**

**City of Hyannis,**     represented by **Jessica L. Mooney**
**Massachusetts**        Donovan & Hatem, LLP
*TERMINATED: 06/08/2005* Two Seaport Lane
                         Boston, MA 02210
                         617-406-4500
                         Fax: 617-406-4501
                         Email: jmooney@dhboston.com
                         *ATTORNEY TO BE NOTICED*

**Defendant**

**County of Barnstable,**
**Massachusetts**

TERMINATED: 06/08/2005

### Defendant

**Police Department of the City of Hyannis, Massachusetts**
*TERMINATED: 06/08/2005*

represented by **Jessica L. Mooney**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Defendant

**Trooper Richard Casgrove**
*Massachusetts State Police Officer, in his individual and Official capacity*

represented by **Joseph G. Donnellan**
Law Office of Joseph G. Donnellan
Suite 111
160 Gould Street
Needham, MA 02494-2300
781-455-0707
Fax: 781-455-8879
Email: jdonnellan@timburkelaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**Anonymous Officers of the Police Department of the city of Hyannis**
*in their individual and Official capacities*
*TERMINATED: 06/08/2005*

represented by **Jessica L. Mooney**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/21/2005 | 1 | COMPLAINT against City of Hyannis, Massachusetts, County of Barnstable, Massachusetts, Police Department of the City of Hyannis, |

| | | |
|---|---|---|
| | | Massachusetts, Trooper Richard Casgrove, Anonymous Officers of the Police Department of the city of Hyannis Filing fee: $ 0.0, receipt number NA, filed by Joarez Reis.(Hassett, Kathy) (Entered: 01/31/2005) |
| 01/21/2005 | 2 | MOTION for Leave to Proceed in forma pauperis by Joarez Reis.(Hassett, Kathy) (Entered: 01/31/2005) |
| 01/21/2005 | 3 | MOTION to Appoint Counsel by Joarez Reis.(Hassett, Kathy) (Entered: 01/31/2005) |
| 02/14/2005 | 4 | Coverletter/request (non-motion) from Joarez Reis. (Attachments: # 1 Civil Cover Sheet and Category Sheet)(Jenness, Susan) (Entered: 02/24/2005) |
| 02/24/2005 | 5 | Judge George A. O'Toole Jr.: ORDER entered denying without prejudice 2 Motion for Leave to Proceed in forma pauperis. If Reis wishes to proceed with this action, he shall, within 42 days of the date of this order, either (1) submit the $150.00 filing fee; or (2) submit a new application to waive prepayment of the filing fee with a certified account statement for the six-month period immediately preceding the filing of this action. If Reis fails to take either of these actions within the prescribed time period, this action will be dismissed without prejudice for failure to pay the filing fee. (McGlamery, Jeanette) (Entered: 02/25/2005) |
| 03/21/2005 | 6 | NOTICE of Appearance by Joseph G. Donnellan on behalf of Trooper Richard Casgrove, c/s. (Jones, Sherry) (Entered: 03/21/2005) |
| 03/28/2005 | 7 | MOTION to Dismiss pursuant to Fed. Rule Civ. P.12 (b)(6) for failure to state a claim upon which relief may be granted by Trooper Richard Casgrove, c/s. (Hassett, Kathy) (Entered: 03/28/2005) |
| 03/28/2005 | 8 | MEMORANDUM in Support re 7 MOTION to Dismiss filed by Trooper Richard Casgrove. (Hassett, |

| | | |
|---|---|---|
| | | Kathy) (Entered: 03/28/2005) |
| 03/28/2005 | 9 | CERTIFICATE OF CONSULTATION re 7 MOTION to Dismiss by Joseph G. Donnellan on behalf of Trooper Richard Casgrove. (Hassett, Kathy) (Entered: 03/28/2005) |
| 03/28/2005 | 10 | NOTICE of Appearance by Jessica L. Mooney on behalf of City of Hyannis, Massachusetts, Police Department of the City of Hyannis, Massachusetts, Anonymous Officers of the Police Department of the city of Hyannis (Mooney, Jessica) (Entered: 03/28/2005) |
| 03/28/2005 | 11 | ANSWER to Complaint, *with Jury Demand,* by City of Hyannis, Massachusetts, Police Department of the City of Hyannis, Massachusetts, Anonymous Officers of the Police Department of the city of Hyannis. (Mooney, Jessica) Additional attachment(s) added on 6/9/2005 (Edge, Eugenia). (Entered: 03/28/2005) |
| 03/28/2005 | 12 | Opposition re 7 MOTION to Dismiss filed by Joarez Reis. c/s (Edge, Eugenia) (Entered: 03/29/2005) |
| 03/28/2005 | 13 | MEMORANDUM in Support of Opposition re 7 MOTION to Dismiss filed by Joarez Reis.c/s (Attachments: # 1 Exhibit A)(Edge, Eugenia) Additional attachment(s) added on 3/30/2005 (Edge, Eugenia). (Entered: 03/29/2005) |
| 03/28/2005 | | Notice of correction to docket made by Court staff. Correction: Entry #13 corrected because: Page 4 missing from document. Document re-scanned and now includes page 4. (Edge, Eugenia) (Entered: 03/30/2005) |
| 03/29/2005 | 15 | Request for docket (non-motion) from Joarez Reis. Docket mailed to petitioner's new address. (Edge, Eugenia) (Entered: 04/04/2005) |
| 03/30/2005 | 14 | NOTICE of Change of Address by Joarez Reis (Edge, |

| | | |
|---|---|---|
| | | Eugenia) (Entered: 04/04/2005) |
| 04/08/2005 | | Filing fee: $ 150, receipt number 63366 regarding Filing fee (Edge, Eugenia) (Entered: 04/12/2005) |
| 04/12/2005 | 16 | Letter (non-motion) from Joarez Reis re: status of filing fee. Docket sheet showing receipt# for filing fee mailed to petitioner. (Edge, Eugenia) (Entered: 04/13/2005) |
| 04/29/2005 | 17 | Letter(non-motion) from Joarez Reis. (Attachments: # 1 attachment)(Edge, Eugenia) (Entered: 05/02/2005) |
| 04/29/2005 | 18 | Response/ Notice of Objection (filed as Exhibit A) by Joarez Reis to 11 Answer to Complaint. c/s (Attachments: # 1 Exhibit B)(Edge, Eugenia) (Entered: 05/02/2005) |
| 05/02/2005 | 19 | Request (non-motion) from Joarez Reis for updated Docket Sheet. Docket Sheet sent to petitioner. (Edge, Eugenia) (Entered: 05/03/2005) |
| 05/16/2005 | 20 | MOTION and Memorandum for Discovery by Joarez Reis. c/s(Edge, Eugenia) (Entered: 05/18/2005) |
| 05/18/2005 | 21 | MEMORANDUM in Opposition re 20 MOTION for Discovery filed by Trooper Richard Casgrove.c/s (Edge, Eugenia) (Entered: 05/20/2005) |
| 05/26/2005 | 22 | REPLY to Response to Motion re 7 MOTION to Dismiss filed by Joarez Reis. c/s (Attachments: # 1 Exhibit A)(Edge, Eugenia) (Entered: 05/31/2005) |
| 06/08/2005 | 23 | NOTICE of Change of Address by Joarez Reis (Edge, Eugenia) (Entered: 06/09/2005) |
| 06/08/2005 | 24 | Letter/request (non-motion) from Joarez Reis requesting docket sheet. Mailed petitioner copy of 28 U.S.C. section 1915 (c). (Edge, Eugenia) (Entered: 06/09/2005) |
| 06/08/2005 | 25 | MEMORANDUM and Motion to withdraw complaint against defendant City of Hyannis, County of |

| | | |
|---|---|---|
| | | Barnstable, Police Department of the City of Hyannis and Anonymous Officers of the Police Department of the City of Hyannis by Joarez Reis to 1 Complaint. c/sDefendants referenced above have been terminated from this action. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Edge, Eugenia) (Entered: 06/09/2005) |
| 06/10/2005 | 26 | STIPULATION of Dismissal. Parties terminated. See entry #25. (Edge, Eugenia) (Entered: 06/14/2005) |
| 06/21/2005 | 27 | Letter/request (non-motion) for docket sheet from Jorez Reis. Invoice for $.40 mailed to petitioner with note stating docket sheets have been mailed to him on 3/29/05, 4/12/05 and 5/12/05. (Edge, Eugenia) (Entered: 06/22/2005) |
| 07/14/2005 | 28 | Judge George A. O'Toole Jr.: ORDER entered granting 7 Motion to Dismiss ( Copy of Order mailed out to plaintiff) (Lyness, Paul) (Entered: 07/18/2005) |
| 07/18/2005 | 29 | Judge George A. O'Toole Jr.: ORDER entered. JUDGMENT in favor of Defendant Trooper Richard Casgrove against Plaintiff. ( Copy of judgment mailed to plaintiff)(Lyness, Paul) (Entered: 07/18/2005) |
| 07/26/2005 | 30 | NOTICE OF APPEAL as to 28 Order on Motion to Dismiss by Joarez Reis. $ fee not received. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 8/15/2005. (Attachments: # 1 Letter from D.Barchard - COA) (Edge, Eugenia) (Entered: 08/01/2005) |