# UNITED STATES DISTRICT COURT

# FOR THE

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joarez Reis,<br>   Plaintiff/Appellant | )<br>)<br>) |
| v. | )     Case Number: 05-2338 |
| | )      (United States Court of Appeals) |
| Trooper Richard Cosgrove,<br>Massachusetts State Police Officer,<br>Individually and his official capacity.<br>   Defendant/Appellee | )<br>)     MOTION TO DEFER PAYMENT<br>)<br>) |

NOW COMES the Plaintiff/Appellant Joarez Reis, Pro se, filing this motion to defer Payment of the 42 U.S.C. section 1983 filing fee of appeal on the complaint case number 05-40022-GAO, filed against the defendant above on Jan 21, 2005.

In support of this motion, Plaintiff/Appellant asserts that his income prevents him from Paying the Court's filing fee in this appeal due his low income currently working as a cook, earning An average of $1,600 a month. By not being able to afford to pay the filing appeal fee issued On 9/8/05, it adversely affects his ability to make such payment due to the large amount of Fine, Restitution and fee's assessment ordered by the Honorable District Judge O'Toole. In addition, Plaintiff/Appellee owes an average of $5,000 to I.R.S., without proper transportation, and in Need of medical care (dentist).

For the foregoing reasons, Plaintiff/Appellee hereby requests from this Honorable Court a definitive order to defer the payments of the above mentioned fees under this extreme Circumstances which is presented above in good faith.

RESPECTFULLY SUBMITTED,

9/18/05
Date

Joarez Reis, Plaintiff/Appellee, pro se
20 Glen Road
Hyannis, MA 02601
(508) 778 2776)

CC: United States Court of Appeals
    For the First Circuit
    John Joseph Moakley Courthouse
    1 Courthouse Way, Suite 2500
    Boston, MA 02210