UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joarez Reis,<br>    Plainitiff/Appellant )<br>)<br>)<br>V.                                                        )<br>)<br>)<br>Trooper Richard Cosgrove,                   )<br>Massachusetts State Police Officer,        )<br>Individually and in his official capacity.    )<br>    Defendant/Appellee                      ) | Case Number:<br>    District Court: 05-40022GAO<br>    Court of Appeals:  05-2338 |

## AFFIDAVIT TO ACCOMPANY MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

    NOW COMES    the plaintiff/Appellant Joarez Reis, proceeding pro se in in the above matter, submitting this affidavit to accompany MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS (motion to defer payment previously filed). (extra copy attached).

    The Plaintiff/Appellant believes he is entitled to redress based on information provided In attached affidavit.  I affirm under penalty of perjury under United States laws that my Answers on this attached form are true and correct. (28 U.S.C. section 1746; 18 U.S.C. section 1621).

    My issues on appeal are unfair dismissal of my complaint where the Honorable Judge O'Toole minimized my reasoning for appealing out of time where special circumstances applies Due to my imprisonment which prevented me from filing a timely complaint with the District Court.

RESPECTFULLY SUBMITTED,

_____ 9/28/05
Joarez Reis, Plaintiff/Appellant, pro se.

CC; United States Court of Appeals.

# UNITED STATES COURT OF APPEALS

## FOR THE FIRST CIRCUIT

No. 05-2338

JOAREZ REIS

Plaintiff - Appellant

v.

TROOPER RICHARD CASGROVE, Massachusetts State Police Officer, in his individual and official capacity

Defendant - Appellee

CITY OF HYANNIS, MASSACHUSETTS; COUNTY OF BARNSTABLE, MASSACHUSETTS; POLICE DEPARTMENT OF THE CITY OF HYANNIS, MASSACHUSETTS; ANONYMOUS OFFICERS OF THE POLICE DEPARTMENT OF THE CITY OF HYANNIS, in their individual and official capacity

Defendants

---

**NOTICE OF DEFAULT AND INTENT TO DISMISS**

**ORDER OF COURT**

Entered: 9/23/05

Upon filing of the Notice of Appeal, the filing fee*, required by Fed. R. App. P. 3(e) was supposed to be made to the Clerk of the District Court. Unless the fee is paid to the <u>Clerk of the District Court</u>, or unless a motion to proceed in forma pauperis on appeal pursuant to Fed. R. App. P. 24 is pending in the District Court and notice thereof is supplied to this court on or before 10/7/05, <u>this appeal will be dismissed</u>. Local Rule 3.

The appellant is presently in **default** as to this filing. If the fee is not paid on or before 10/7/05, <u>this appeal will be dismissed in accordance with Local Rule 3, for lack of prosecution.</u>

By the Court:

Richard Cushing Donovan, Clerk

By **JULIE GREGG**
Operations Manager