# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 05-2338
DC No. 05-40022

### JOAREZ REIS

Plaintiff - Appellant

v.

### TROOPER RICHARD CASGROVE, Massachusetts State Police
Officer, in his individual and official capacity

Defendant - Appellee

### CITY OF HYANNIS, MASSACHUSETTS; COUNTY OF BARNSTABLE, MASSACHUSETTS; POLICE DEPARTMENT OF THE CITY OF HYANNIS, MASSACHUSETTS; ANONYMOUS OFFICERS OF THE POLICE DEPARTMENT OF THE CITY OF HYANNIS, in their individual and official capacity

Defendants

## ORDER OF COURT
## Entered: October 5, 2005

Appellant has filed an application to proceed without prepayment of fees and affidavit in this court, which we transmit to the district court for action. Fed. R. App. P. 24(a). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If defendant-appellant is not granted in forma pauperis status by the district court, he may file a motion to proceed in forma pauperis in this court, provided that he do so in accordance with Fed. R. App. P. 24(b).

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 10/5/05

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
By:_____
Chief Deputy Clerk

[Certified Copies: Hon. George A. O'Toole, Jr. and Ms. Sarah A. Thornton, Clerk of the United States District Court of Massachusetts]

[cc: Joarez Reis, Jessica L. Mooney, Esq., Joseph G. Donnellan, Esq.]

COPY

# UNITED STATES DISTRICT COURT

## FOR THE

2005 OCT -3 P 2: 10

## DISTRICT OF MASSACHUSETTS

CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

Joarez Reis,                                  )
    Plainitiff/Appellant                   )
                         )        Case Number:
   V.                                         )            District Court: 05-40022GAO
                         )            Court of Appeals: 05-2338
Trooper Richard Cosgrove,                     )
Massachusetts State Police Officer,           )
Individually and in his official capacity.    )
    Defendant/Appellee                     )

# AFFIDAVIT TO ACCOMPANY MOTION FOR LEAVE
# TO APPEAL IN FORMA PAUPERIS

        **NOW COMES**    the plaintiff/Appellant Joarez Reis, proceeding pro se in in the above

matter, submitting this affidavit to accompany MOTION FOR LEAVE TO APPEAL IN FORMA

PAUPERIS (motion to defer payment previously filed). (extra copy attached).

        The Plaintiff/Appellant believes he is entitled to redress based on information provided

In attached affidavit.  I affirm under penalty of perjury under United States laws that my

Answers on this attached form are true and correct. (28 U.S.C. section 1746; 18 U.S.C. section

1621).

        My issues on appeal are unfair dismissal of my complaint where the Honorable Judge

O'Toole minimized my reasoning  for appealing out of time where special circumstances applies

Due to my imprisonment which prevented me from filing a timely complaint with the District

Court.

RESPECTFULLY SUBMITTED,

Joarez Reis, Plaintiff/Appellant, pro se.

CC;  United States Court of Appeals.

# UNITED STATES COURT OF APPEALS

## FOR THE FIRST CIRCUIT

No. 05-2338

JOAREZ REIS

Plaintiff - Appellant

v.

TROOPER RICHARD CASGROVE, Massachusetts State Police
Officer, in his individual and official capacity

Defendant - Appellee

CITY OF HYANNIS, MASSACHUSETTS; COUNTY OF BARNSTABLE,
MASSACHUSETTS; POLICE DEPARTMENT OF THE CITY OF HYANNIS,
MASSACHUSETTS; ANONYMOUS OFFICERS OF THE POLICE
DEPARTMENT OF THE CITY OF HYANNIS, in their individual
and official capacity

Defendants

---

### NOTICE OF DEFAULT AND INTENT TO DISMISS

#### ORDER OF COURT

Entered: 9/23/05

Upon filing of the Notice of Appeal, the filing fee*,
required by Fed. R. App. P. 3(e) was supposed to be made to the
Clerk of the District Court.  Unless the fee is paid to the
Clerk of the District Court, or unless a motion to proceed
in forma pauperis on appeal pursuant to Fed. R. App. P. 24 is
pending in the District Court and notice thereof is supplied
to this court on or before 10/7/05, this appeal
will be dismissed.  Local Rule 3.

The appellant is presently in **default** as to this filing.
If the fee is not paid on or before 10/7/05, this appeal will be
dismissed in accordance with Local Rule 3, for lack of prosecution.

By the Court:

Richard Cushing Donovan, Clerk

By **JULIE GREGG**

Operations Manager

# Affidavit to Accompany
# Motion for Leave to Appeal in Forma Pauperis

District Court No. _05 - 40022_
Appeal No. _____05-2338_____

v.

---

| **Affidavit in Support of Motion** | **Instructions** |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: | Date: _9 - 28 - 05_ |

My issues on appeal are: UNFAIR DISMISSAL OF MY COMPLAINT AGAINST TROOPER RICHARD COSSPOUE. THE HONORABLE JUDGE DID NOT CONSIDER MY REASONINGS FOR FILING OUT OF TIME DUE TO MY IMPRISONMENT WHERE SPECIAL CIRCUMSTANCE APPLIES

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 500.00 | $ 0 | $ 0 - OFF SEASON | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |

## Affidavit to Accompany
## Motion for Leave to Appeal in Forma Pauperis

District Court No. _05 - 40022_
Appeal No. _05-2338_

v.

---

| **Affidavit in Support of Motion** | **Instructions** |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: _9 - 28 - 05_ |

My issues on appeal are: UNFAIR DISMISSAL OF MY COMPLAINT
AGAINST TROOPER RICHARD COSSROVE.
THE HONORABLE JUDGE DID NOT CONSIDER
MY REASONINGS FOR FILING OUT OF TIME
DUE TO MY IMPRISONMENT WHERE SPECIAL CIRCUMSTANCES APPLIES

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

Income source          Average monthly amount during          Amount expected next month
                       the past 12 months

|  | You | Spouse | You | Spouse |
|---|---|---|---|---|
| Employment | $ 500.00 | $ 0 | $ 0 - OFF SEASON | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ ∅ | $ ∅ | $ ∅ | $ ∅ |
| Alimony | $ ∅ | $ ∅ | $ ∅ | $ ∅ |
| Child support | $ ∅ | $ ∅ | $ ∅ | $ ∅ |
| Retirement (such as social security, pensions, annuities, insurance | $ ∅ | $ ∅ | $ ∅ | $ ∅ |
| Disability (such as social security, insurance payments) | $ ∅ | $ ∅ | $ ∅ | $ ∅ |
| Unemployment payments | $ Not eligible | $ ∅ | $ ∅ | $ ∅ |
| Public-assistance (such as welfare) | $ ∅ | $ ∅ | $ ∅ | $ ∅ |
| Other (specify): ∅ | $ ∅ | $ | $ | $ |
| Total Monthly income: (AVERAGE) | $ 500⁰⁰ | $ ∅ | $ ∅ | $ ∅ |

*2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| SKIPPER RESTAURANT | S. Yarmouth, MA | 7-30-05 | 1800⁰⁰ (1800°°) |
| FILENES, Hyannis - MASS | | 8 9-05 | 500⁰⁰ (2 weeks) |
| MILL STORES | Dennis, MA | 3-31-05 TO 6 9-05 | 800⁰⁰ |

*3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| | | | |
| | | | |

2

4. *How much cash do you and your spouse have?* $_____ N/A (SEPARATED FROM WIFE)

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ N/A | $ N/A |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. *List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| N/A | | N/A | | Make & year: N/A | |
| | | | | Model: | |
| | | | | Registration#: | |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: N/A | | N/A | | N/A | |
| Model: | | | | | |
| Registration#: | | | | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |
| | | |
| | | |

7. *State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| | | |
| | | |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | **You** | **Spouse** |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 400 00 (Room) | $_____ |
| Are any real estate taxes included? ☐ Yes ☐ No |  |  |
| Is property insurance included?  ☐ Yes ☐ No |  |  |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ 300 00 | $ N/A |
| Clothing | $ 100 00 | $ N/A |
| Laundry and dry-cleaning | $ 50 00 | $ N/A |
| Medical and dental expenses | $ Ø | $ N/A |
| Transportation (not including motor vehicle payments) | $ 150 00 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ Ø | $ N/A |
| Insurance (not deducted from wages or included in Mortgage payments) | $ Ø | $ N/A |
| Homeowner's or renter's | $ N/A | $ N/A |
| Life | $ N/A | $ N/A |
| Health | $ N/A | $ N/A |
| Motor Vehicle | $ N/A | $ N/A |
| Other:_____ | $ N/A | $ N/A |
| Taxes (not deducted from wages or included in Mortgage payments)(specify):_____ | $ N/A | $ N/A |
| Installment payments | $_____ | $ N/A |
| Motor Vehicle (Rented) (80 00 weekly) | $ 320 00 | $ N/A |
| Credit card (name):_____ | $_____ | $ N/A |
| Department store (name):_____ | $_____ | $ N/A |
| Other: IRS - Restitution - Back Taxes | $ 300 + | $ N/A |

4

Alimony, maintenance, and support paid to others $ _N/A_ $ _N/A_

Regular expenses for operations of business, profession, $ _N/A_ $ _N/A_
or farm (attach detailed statement)

Other (specify): _Legal expenses, civic action_ $ _200,_ $ _N/A_
_(MAIL, ENVELOPE, STAMPES, COMPUTER_
**Total monthly expenses:** $ _1820.00_ $ _N/A_

9. *Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
☒ Yes ☐ No                    *If yes, describe on an attached sheet.*    _I WORK AS A COOK_
_I EXPECT TO BE LAID OFF ON OCT 16, 2005. I WILL BE UNEMPLOYED AND UNABLE TO COLLECT INSURANCE (EMPLOYMENT COMPENSATION) BECAUSE I OWE BACK TAXES TO IRS_
10. *Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?* ☐ Yes ☒ No    _CAN'T AFFORD IT._

If yes, how much? $ _∅_

If yes, state the attorney's name, address, and telephone number:
_N/A_

11. *Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☐ Yes ☒ No

If yes, how much? $ _∅_

If yes, state the person's name, address, and telephone number:
_N/A_

12.*Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*
_I WAS PRE-RELEASED FROM PRISON SINCE 3/30/05. I WAS FORCED_
_TO WORK FOR A MILL STORE IN DENNIS, MA, FOR 3 MONTHS_
_WHERE I MADE 1150.00 (NET). — ON 6/9/05 I WAS PLACED_
_IN HOME CONFINEMENT AND I COULDN'T GET A REASONABLE PAYING_
_JOB BECAUSE OF MY RECORD. BY END OF JULY, 2005 I FOUND A_
_JOB AT THE SKIPPER RESTAURANT IN S. YARMOUTH. THE BARNSTABLE COUNTY_
_DID NOT LET ME WORK OVERTIME. ONLY AFTER AUG 26, 2005 I_
_STARTED TO WORK MORE HOURS AND GET A BETTER PAY._
_AT THIS PRESENT TIME, I CAN'T AFFORD A DENTIST, DO NOT HAVE TRANSPORTA-_
_TION OBLIGATED TO MAKE MONTHLY INSTALLMENT TO TH DISTRICT COURT AND IRS._

AND AFTER OCT. 16, 2005, I WILL BE UNEMPLOYED BECAUSE THE RESTAURANT I WORK FOR WILL BE CLOSED FOR THE WINTER. ON MY CONDITION AS AN EX-CONVICT, I DO NOT EXPECT TO FIND A JOB DUE TO THE SLOW WINTER SEASON.

13. *State the address of your legal residence.*

20 GLEN RD - Hyannis, MA
02601

Your daytime phone number: (508) 778-2776

Your age: 56 Your years of schooling: GRADUATED (COLLEGE)

[redacted]

# UNITED STATES DISTRICT COURT

# FOR THE

# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **Joarez Reis,**<br>   **Plaintiff/Appellant** | ) ) ) | |
| **v.** | ) ) | **Case Number:05-2338**<br>   *(United States Court of Appeals)* |
| **Trooper Richard Cosgrove,**<br>**Massachusetts State Police Officer,**<br>**Individually and his official capacity.**<br>   **Defendant/Appellee** | ) ) ) ) | **MOTION TO DEFER PAYMENT** |

   *NOW COMES the Plaintiff/Appellant Joarez Reis, Pro se, filing this motion to defer Payment of the 42 U.S.C. section 1983 filing fee of appeal on the complaint case number 05-40022- GAO, filed against the defendant above on Jan 21, 2005.*

   *In support of this motion, Plaintiff/Appellant asserts that his income prevents him from Paying the Court's filing fee in this appeal due his low income currently working as a cook, earning An average of $ 1,600 a month.   By not being able to afford to pay the filing appeal fee issued On 9/8/05, it adversely affects his ability to make such payment due to the large amount of Fine, Restitution and fee's assessment ordered by the Honorable District Judge O'Toole.   In addition, Plaintiff/Appellee owes an average of $5,000 to I.R.S., without proper transportation, and in Need of medical care (dentist).*

   *For the foregoing reasons, Plaintiff/Appellee hereby requests from this Honorable Court a definitive order to defer the payments of the above mentioned fees under this extreme Circumstances which is presented above in good faith.*

*RESPECTFULLY SUBMITTED,*

(PREVIOUSLY FILED)

_____    _____
Date                 *Joarez Reis, Plaintiff/Appellee, pro se*
                     *20 Glen Road*
                     *Hyannis, MA 02601*
                     *(508) 778 2776)*


**CC: United States Court of Appeals**
    **For the First Circuit**
    **John Joseph Moakley Courthouse**
    **1 Courthouse Way, Suite 2500**
    **Boston, MA 02210**

# UNITED STATES COURT OF APPEALS

## FOR THE FIRST CIRCUIT

No. 05-2338

JOAREZ REIS

Plaintiff - Appellant

v.

TROOPER RICHARD CASGROVE, MASSACHUSETTS STATE POLICE
OFFICER, in his individual and official capacity

Defendant - Appellee

CITY OF HYANNIS, MASSACHUSETTS; COUNTY OF BARNSTABLE,
MASSACHUSETTS; POLICE DEPARTMENT OF THE CITY OF HYANNIS,
MASSACHUSETTS; ANONYMOUS OFFICERS OF THE POLICE
DEPARTMENT OF THE CITY OF HYANNIS, in their individual
and official capacity

Defendant

### CASE OPENING SCHEDULING NOTICE

Issued: 9/8/05

The above-captioned appeal was docketed in this court
today pursuant to Rule 12 of the Federal Rules of Appellate
Procedure.  This case number and caption should be placed on
all papers subsequently submitted to this court, unless the
court orders that the caption be amended.

If less than the entire transcript is ordered,
appellant must file and serve on all other parties a statement
of the issues in accordance with Fed. R. App. P. 10(a)(3)(A).
In addition, if the parties are unable to agree as to the
contents of the joint appendix, then appellant must file and
serve a statement of the issues and designation of the
contents of the appendix.  Fed. R. App. P. 30(b)(1);
Loc. R. 30(b).  Upon confirmation by the circuit clerk that
the record is complete either because no hearing was held, no
transcript is necessary, or the transcript is on file, the
clerk's office will set the briefing schedule and forward a
scheduling notice to the parties.

Within 7 days of filing the notice of appeal,
appellant must pay the filing fee to the district clerk.  An
indigent appellant who seeks to appeal in forma pauperis must
file a motion and financial affidavit in the district court
in compliance with Fed. R. App. P. 24.  Unless this court is
provided with notice of paying the filing fee to the
clerk of the district court or filing a motion seeking in

forma pauperis status on or before fourteen days of the date
of this notice, this appeal may be dismissed for lack of
prosecution.  Loc. R. 3(b).

The enclosed appearance form should be completed and
returned immediately by at least one attorney for each side
and by any attorney that wishes to file pleadings in this
court.  Loc. R. 12(a) and 46(a)(2).  An attorney who has
not been admitted to the Bar of the First Circuit Court of
Appeals must submit an application and fee for admission
with the appearance form.

Dockets, opinions, rules, forms, attorney admission
applications, and the court calendar can be obtained from
the court's website, **www.ca1.uscourts.gov**.

If you wish to inquire about your case by telephone,
please contact the case manager at the direct extension
listed below.

Richard Cushing Donovan, Clerk

cc:      Joarez Reis
         Jessica L. Mooney, Esq.
         Joseph G. Donnellan, Esq.

| EMP. NO. | EMPLOYEE NAME | | | SSEC. NO. | PERIOD END | CHECK DATE | CHECK NO. |
|---|---|---|---|---|---|---|---|
| 277 | Joarez Reis | | | | 9/10/2005 | 9/16/2005 | 51717 |

| HOURS | RATE | EARNINGS DESC. | AMOUNT | Y-T-D | DEDUCTIONS DESC. | AMOUNT | BALANCE | STD. WITH-HOLDINGS DESC. | AMOUNT | Y-T-D |
|---|---|---|---|---|---|---|---|---|---|---|
| 39.24 | 12.000 | Reg MA | 470.88 | 4194.64 | Cash Tips | 0.00 | 90.00 | Fwt | 7.10 | 77.15 |
| 0.00 | | Ovt MA | 0.00 | 164.16 | | | | Ssec | 29.19 | 275.83 |
| | | Cash Tips | 0.00 | 90.00 | | | | Mdcr | 6.83 | 64.51 |
| | | | | | | | | Swt MA | 16.35 | 152.21 |
| TOTAL | | | 470.88 | 4448.80 | | 0.00 | 90.00 | | 59.47 | 569.70 |
| | | | | | | | | NET CHECK | | 411.41 |

| EMP. NO. | EMPLOYEE NAME | | | | | |
|---|---|---|---|---|---|---|
| 277 | Joarez Reis | | | | | |
| BENEFIT INFO | | CARRY OVER | Y-T-D ACCRUED | Y-T-D TAKEN | AVAILABLE | FILING STATUS |

Taxable Marital Status:  Married
Exemptions/Allowances:
    Federal:  4
    State:    MA, 4

395

# Cut and use this coupon if you are sending us
## correspondence only with NO payment enclosed.

### (For payments, please use the other coupon attached to the notice.)

Please mail this part with your inquiry.

Notice Number: CP504
Notice Date: 05-23-2005

*write on your check:*

| 1040 | 12-31-2000 ████████ |

Amount Due:
$1,710.52

Internal Revenue Service
P.O. BOX 9019
HOLTSVILLE, NY 11742-9019
‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

JOAREZ O REIS
20 GLEN RD
HYANNIS  MA    02601-4201202

545046277 PH REIS 30 0 200012 670 00000171052

 **IRS** Department of the Treasury
Internal Revenue Service
HOLTSVILLE, NY   11742-9019

Notice Number:  CP 503
Notice Date:   05-23-2005

**SSN/EIN:** ▬▬▬▬
**Caller ID:**  672688



JOAREZ O REIS
20 GLEN RD
HYANNIS   MA   02601-4201202



*545046277101*

9818

# IMPORTANT
Immediate action is required.

We previously wrote to you about your unpaid account, but you haven't contacted us about it. Penalties and interest on the unpaid balance are continuing to increase. Please pay the amount you owe within ten days from the date of this notice. If you can't pay now, call us at the number shown below. You may be qualified for an installment agreement or payroll deduction agreement. We want to help you resolve this bill. However, if we don't hear from you, we will have no choice but to proceed with steps required to collect the amount you owe. **If you already paid your balance in full or arranged for an installment agreement, please disregard this notice.**

## Account Summary

| Form: 1040 | Tax Period: 12-31-2002 |
|---|---|

| **Current Balance:** | $1,119.94 |
|---|---|
| Includes: | |
| Penalty: | $3.77 |
| Interest: | $6.40 |
| Last Payment: | $0.00 |

For information on your penalty & interest computations, you may call 1-800-829-8374.

Questions?  call us at **1-800-829-8374**

Please mail this part with your payment, payable to United States Treasury.      Notice Number:  CP 503
Notice Date:  05-23-2005

write on your check:

| 1040 | 12-31-2002 | ▬▬▬▬ |
|---|---|---|

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late (or) paying late

Amount Due:
$1,119.94

Internal Revenue Service
CINCINNATI, OH   45999-0149

JOAREZ O REIS
20 GLEN RD
HYANNIS   MA   02601-4201202

545046277 PH REIS 30 0 200212 670 00000111994

# Cut and use this coupon if you are sending us **correspondence only** with NO payment enclosed.

**(For payments, please use the other coupon attached to the notice.)**

Please mail this part with your inquiry.

Notice Number: CP503
Notice Date: 05-30-2005

*write on your check:*

| 1040 | 12-31-2001 | ████████ |
|------|------------|----------|

Amount Due:
$1,116.28

Internal Revenue Service
P.O. BOX 9019
HOLTSVILLE, NY 11742-9019
լաւհավեքայիայիակակիայիկայիունակիալ

JOAREZ O REIS
20 GLEN RD
HYANNIS   MA    02601-4201202

545046277 PH REIS 30 0 200112 670 00000111628

**IRS** Department of the Treasury
**Internal Revenue Service**
HOLTSVILLE, NY  11742-9019

Notice Number:  CP 504
Notice Date:  05-23-2005

**SSN/EIN:** ███████████
**Caller ID:**  672688

7105 5678 7188 2357 8486

JOAREZ O REIS
20 GLEN RD
HYANNIS  MA  02601-4201202



*545046277101*

395

# Urgent !!

## We intend to levy on certain assets. Please respond NOW.
(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the amount you owe. The law requires that you pay your tax at the time you file your return. This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) any state tax refunds that you may be entitled to if we don't receive your payment in full. In addition, we will begin to search for other assets we may levy. We can also file a Notice of Federal Tax Lien, if we haven't already done so. **To prevent collection action, please pay the current balance now.** If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below. Current balance may include Civil Penalty, if assessed.

## Account Summary

| Form: 1040 | Tax Period: 12-31-2000 |
|---|---|

**Current Balance:**     $1,710.52
Includes:
    Penalty:     $14.36
    Interest:     $18.62
    Last Payment:     $0.00

For information on your penalty & interest computations, you may call 1-800-829-8374

Questions? Call us at **1-800-829-8374**

See the enclosed Publication 594, *The IRS Collection Process*, and Notice 1219B, *Notice of Potential Third Party Contact* for additional information.

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 504
Notice Date: 05-23-2005

*write on your check:*

| 1040 | 12-31-2000 | ███████ |
|---|---|---|

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late (or) paying late

Amount Due:
$1,710.52

Internal Revenue Service
CINCINNATI, OH  45999-0149

ɪlɑlɑdɑlɑlɑdɑlɑdɑfɑllɑɑɑllɑlɑlɑllɑl

JOAREZ O REIS
20 GLEN RD
HYANNIS  MA  02601-4201202

545046277 PH RFTS 30 0 200012 670 00000171052

 **IRS** Department of the Treasury
Internal Revenue Service

ANDOVER   MA   05501-0025

In reply refer to:  0848900000
June 28, 2005  LTR 2645C
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  200212 30 000
Input Op:  0809905251     10742
                              BODC: WI


JOAREZ O REIS
20 GLEN RD
HYANNIS   MA   02601-4201202

057

         Taxpayer Identification Number: ▬▬▬▬▬
                    Tax Period(s): Dec. 31, 2002

                         Form: 1040

Dear Taxpayer:

Thank you for your correspondence received May  25, 2005.

We haven't resolved this matter because we haven't completed all the
research necessary for a complete response.  We will contact you
again within 45 days to let you know what action we are taking.  You
don't need to do anything further now on this matter.

If you have any questions, please call us toll free at 1-800-829-0922.

If you prefer, you may write to us at the address shown at the top
of the first page of this letter.

Whenever you write, please include this letter with your telephone
number and the hours we can reach you entered in the spaces provided
below.  You may want to keep a copy of this letter for your records.

Your telephone number (___)_____ Hours _____

We apologize for any inconvenience we may have caused you, and thank
you for your cooperation.


                         Sincerely yours,

                         *Carol A. Porter*

                         Carol A. Porter
                         Operations Manager, Operations 1

Department of the Treasury
Internal Revenue Service
AUTOMATED COLLECTION SYSTEM SUPPORT
PO BOX 57
BENSALEM, PA 19020-8514

Date:
JULY 30, 2005

Taxpayer Identifying Number:
G 01

Caller ID:                              278004

Contact Telephone Number:
TOLL FREE: 1-800-829-3903
BEST TIME TO CALL:
MON - FRI  8:00AM TO 8:00 PM
ASISTENCIA EN ESPANOL 1-800-829-3903

JOAREZ C REIS
28 GLEN RD
HYANNIS  MA    02601-4201202

## Please Call Us About Your Overdue Taxes or Tax Returns

We have no record that you responded to our previous notices. As a result, your account has been assigned to this office for enforcement action, which could include seizing your wages or property. It's important that we hear from you within 10 days from the date of this letter.

IF YOU AREN'T ABLE TO PAY YOUR OVERDUE AMOUNT IN FULL, please call the telephone number listed above. Be ready to tell us what your monthly income and expenses are so we can help you arrange a payment plan.

IF YOU CAN FILE YOUR TAX RETURN WITH FULL PAYMENT, mail it to reach us within 10 days from the date of this letter. To help us apply your payment correctly, write your taxpayer identifying number and tax period on your check or money order and make it payable to the United States Treasury. Please send us your tax return and payment along with the enclosed return cover sheet in the envelope provided. Keep this letter for your records.

IF YOU CAN'T FILE YOUR TAX RETURN WITHIN 10 DAYS, please call us at the telephone number listed above. To help us determine if you need to file, be ready to provide us with your filing information. For an individual return, this should include your income, filing status, and total federal taxes withheld. For a business return, this should include wages paid, number of employees, and Federal Tax Deposits (FTD) made for payroll.

IF YOU WOULD LIKE SOMEONE ELSE to call us for you, we must have a signed statement from you allowing us to disclose your tax information to this person. You should make your statement on Form 2848, Power of Attorney and Declaration of Representative, which you can get from any IRS office or you can download a copy from the IRS web site (www.irs.gov). You must send us a copy of the completed form before your representative calls.

Enclosures:
Return Cover Sheet
Envelope

Larry Leder

Operations Manager, Automated Collection System



*545046277103*

Letter 2050 (Rev 01-2004)(LT-16)