UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Joarez Reis,                                    )
       Plaintiff,                          )
                        )
v.                                              )
                        )
City of Hyannis, Massachusetts, County of  )
Barnstable, Massachusetts, Police          )    Civil Action No. 05CV40022-GAO
Department of The City of Hyannis,          )
Massachusetts Trooper Richard Casgrove,    )
Massachusetts State Police Officer, in his  )
individual and official capacity, Anonymous )
Officers of the Police Department of the City)
of Hyannis, in their individual and Official  )
capacities,                                 )
       Defendants.                         )

**DEFENDANTS CITY OF HYANNIS, COUNTY OF BARNSTABLE, POLICE
DEPARTMENT OF THE CITY OF HYANNIS AND ANONYMOUS OFFICERS
OF THE POLICE DEPARTMENT OF THE CITY OF HYANNIS'
MOTION FOR ENTRY OF SEPARATE AND FINAL JUDGMENT**

       The Defendants, City of Hyannis, County of Barnstable, Police Department of the

City of Hyannis and Anonymous Offices of the Police Department of the City of Hyannis

(collectively "Officers and Town") hereby move, pursuant to Federal Rule of Civil

Procedure 54(b), that this Court enter an Order for Separate and Final Judgment in favor

of the defendant and against the plaintiff Joarez Reis ("Plaintiff") and defendant

Massachusetts Trooper Richard Casgrove ("Casgrove"). As grounds for this Motion,

there is no just reason to delay the entry of final judgment.

       Plaintiff filed an action against Defendants alleging they violated his Fourth

Amendment rights by conducting an unlawful search and seizure, violated his right to

privacy and inflicted emotional distress. Plaintiff's allegations arise out of a June 6, 2001 incident in which a search warrant was executed at the Plaintiff's home.

On or about May 31, 2005, Plaintiff filed a Motion to Withdrawal his Complaint against the Defendant Officers and Town since they were misnamed and had no involvement in the incident giving rise to Plaintiff's claims. Plaintiff signed a Stipulation of Dismissal with Prejudice, which was filed on June 10, 2005. Therefore, there are no remaining claims against or by Defendant Officers and Town remaining in this matter which would affect the nature and amount of any judgment in the remaining claims against Defendant Casgrove.

F.R.C.P. 54(b) provides in relevant part "[w]hen more than one claim for relief is presented in an action, whether as a claim, counterclaim, cross-claim, or third-party claim, or when multiple parties are involved, the court may direct the entry of a final judgment as to one or more but fewer than all of the claims or parties only upon an express determination that there is no just reason for delay and upon an express direction for the entry of judgment."

Pursuant to F.R.C.P. 54(b), the Court may direct the entry of separate and final judgment in favor of Defendant Officers and Town since the Plaintiff has agreed to dismiss all of his claims against Defendant Officers and Town.

WHEREFORE, Defendant Officers and Town hereby requests that the Court allow its Motion for Entry of Separate and Final Judgment on all counts brought against them by the Plaintiff.

Respectfully Submitted,
Defendants,
City of Hyannis, County of Barnstable,
Police Department of the City of Hyannis,
and Anonymous Officers of the Police
Department of the City of Hyannis,
By their attorneys,

David M. Thomas, BBO No. 496100
Jessica L. Mooney, BBO No. 658822
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
617-406-4500

Dated: 11/9/05

00946493/4800.350

## CERTIFICATE OF SERVICE

I, Jessica L. Mooney, hereby certify that I have this day served a copy of the foregoing on plaintiff and on counsel of record by mailing a copy by first-class mail, postage prepaid, to:

Joarez Reis, *pro se*
20 Glen Road
Hyannis, MA 02601

Joseph Donnelan, Esq.
160 Gould Street, Suite 111
Needham, MA 02494

Dated: November 9, 2005..

Jessica L. Mooney

4800.350//00924179.