# United States Court of Appeals
## For the First Circuit


MANDATE

No. 05-2338

JOAREZ REIS,

Plaintiff, Appellant,

v.

TROOPER RICHARD COSGROVE,

Defendant, Appellee,

CITY OF HYANNIS, ET AL.,

Defendants.

Before

Boudin, Chief Judge,
Campbell, and Stahl, Senior Circuit Judges.

### JUDGMENT
Entered: March 31, 2006

Plaintiff Joarez Reis appeals the Massachusetts district court's dismissal of his 42 U.S.C. §1983 action as untimely.

A §1983 cause of action accrues at the moment that a plaintiff knows, or has reason to know, of his alleged injury. Nieves v. McSweeney, 241 F.3d 46, 52 (1st Cir. 2001). Additionally, §1983 complaints are controlled by the statute of limitations in the state in which the action is filed. Street v. Vose, 936 F.2d 38, 39 (1st Cir. 1991)(citing Wilson v. Garcia, 471 U.S. 261, 276-280 (1985)). In Massachusetts, the operative statute of limitations runs for three years pursuant to Massachusetts General Law ch. 260, § 2A. Id.

Plaintiff admits that his complaint was filed beyond the three

year statute of limitations and he does not dispute that he was aware of the alleged injury on the date that it was inflicted, June 6, 2001. He also does not dispute that the instant complaint was not filed until January 21, 2005. Rather, Plaintiff argues that the equitable tolling doctrine excuses the untimeliness of his complaint. We disagree. Reis has failed to persuasively argue that the equitable tolling doctrine should apply to his case.

The district court's dismissal of Plaintiff's §1983 action as untimely is **affirmed**.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

George Kretay
Deputy Clerk
Date: 4/21/06

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

[cc: Joarez Reis, Jessica L. Mooney, Esq., Joseph G. Donnellan, Esq.]